IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Maria Guzman Morales, *et al.*, individually, and on behalf of a class of others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>Farmland Foods<br><br>    Defendant. | Docket No. 8:08-cv-00504-FG3 |

**NOTICE BY PLAINTIFFS OF FILING OF CONSENTS (4 TOTAL) TO PARTICIPATE IN SUIT FOR PLAINTIFFS**

Plaintiffs Maria Guzman Morales, *et al.*, on behalf of themselves and all others similarly situated, hereby file the following Consents to Join Suit as Party Plaintiff in the above cited action:

**Farmland Employee Consents (#1 - 4)**

1) Maria R. Guajardo
2) Maria Guzman Morales
3) Arturo Pulido
4) Noe D. Velasquez

        Respectfully submitted,

        /s/ Philip A. Downey, Esq.
        _____

        Philip A. Downey, Esq.
        PA Bar # 81603

        The Downey Law Firm, LLC
        P.O. Box 736
        Unionville, PA  19375
        Telephone:  (610) 324-2848
        Facsimile:  (610) 643-4532
        downeyjustice@gmail.com
        Attorney for Plaintiffs

Dated:  December 28, 2008

## **CERTIFICATE OF SERVICE**

      I, Philip A. Downey, hereby certify that a true and correct copy of the foregoing Consents to Join Suit as Party Plaintiff has been served on all counsel of record in accordance with the Rules of Civil Procedure via the Court's electronic filing CM/ECF system on December 28, 2008.

      /s/ Philip A. Downey, Esq.

_____