IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARIA GUZMAN MORALES, et al,    )    Case Number:   8:08CV504
    )
        Plaintiffs,    )
    )
    v.    )    REASSIGNMENT ORDER
    )
FARMLAND FOODS,    )
    )
        Defendant.    )

       The Clerk's office has been advised that the parties do not consent to proceed

before a United States Magistrate Judge.  Accordingly,

       IT IS ORDERED that this case is reassigned to Chief Judge Joseph F. Bataillon

for disposition and to Magistrate Judge Thomas D. Thalken for judicial supervision and

processing of all pretrial matters.

       DATED this 30th day of January, 2009.

                   BY THE COURT:


                   s/ Joseph F. Bataillon, Chief Judge
                   United States District Court