IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES & MAURICIO R. GUAJARDO, on behalf of themselves and all other similarly situated individuals.<br><br>    Plaintiffs,<br><br>v.<br><br>FARMLAND FOODS, INC., & SMITHFIELD FOODS, INC.<br><br>    Defendants. | CASE NO. 8:08-CV-504<br><br>Appendix of Evidence in Support of Motion to Proceed as a Collective Action and Facilitate Notice Under 29 U.S.C. § 216(b) |

  Plaintiffs Maria Guzman Morales and Mauricio R. Guajardo submit the following Appendix of Evidence in Support of their Motion to Proceed as a Collective Action:

  Exhibits 1-3 are true and correct copies of both Spanish and English versions of the Declarations of Maria Guzman Morales, Arturo Pulido, Mauricio Guajardo.

  Exhibit 4 is the three forms of notice Plaintiffs propose to send to the members of the putative class (for mail, posting, and radio), as well as a proposed Opt-In Consent Form.

  Exhibits 5 and 6 are true and correct copies of the Orders of Magistrate Judge Thalken approving similar forms of notice in the case of *Cortez/Chuol v. Nebraska Beef*.

1

April 30, 2009                     Respectfully submitted,

                                        SCHNEIDER WALLACE COTTRELL
                                        BRAYTON KONECKY LLP

                                        /s/ Hank Willson
                                        W.H. "HANK" WILLSON, IV (admitted *pro hac vice*)
                                        TODD M. SCHNEIDER (admitted *pro hac vice*)
                                        CAROLYN H. COTTRELL (admitted *pro hac vice*)
                                        180 Montgomery Street, Suite 2000
                                        San Francisco, CA 94104
                                        Telephone: (415) 421-7100
                                        Facsimile:  (415) 421-7105
                                        tschneider@schneiderwallace.com
                                        ccottrell@schneiderwallace.com
                                        wwillson@schneiderwallace.com

                                        BERGER & MONTAGUE, P.C
                                        SHANON J. CARSON, Atty. ID #85957
                                        RUSSELL D. HENKIN, Atty. ID #16172
                                        JONATHAN D. BERGER, Atty. ID #4432
                                        1622 Locust Street
                                        Philadelphia, PA  19103
                                        Telephone:  (215) 875-3000
                                        Facsimile:  (215) 875-4604

                                        PHILIP A. DOWNEY
                                        P.O. Box 736
                                        1555 Embreeville Road
                                        Unionville, PA 19375
                                        Telephone:  (610) 324-2848
                                        Facsimile:  (610) 347-1073

                                        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2009 I electronically filed:

    Appendix of Evidence in Support of Plaintiffs' Motion to Proceed as a Collective Action and Facilitate Notice Under 29 U.S.C. § 216(b)

with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

    Allison D. Balus

    Carolyn H. Cottrell

    Christopher P. Welsh

    James R. Welsh

    L. Dale Owens

    Philip A. Downey

    Shanon J. Carson

    Steven D. Davidson

    Todd M. Schneider

    Hank Willson

Date: April 30, 2009                        Respectfully submitted,

                                                  /s/ Hank Willson
                                          W.H. "Hank" Willson, IV (admitted *pro hac vice*)
                                          SCHNEIDER WALLACE
                                          COTTRELL BRAYTON
                                          KONECKY LLP
                                          180 Montgomery Street, Suite 2000
                                          San Francisco, California 94104
                                          Tel: (415) 421-7100
                                          Fax: (415) 421-7105
                                          wwillson@schneiderwallace.com

                                          Attorneys for Plaintiffs