IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARIA GUZMAN MORALES and<br>MAURICIO R. GUAJARDO,<br><br>        Plaintiffs,<br><br>    vs.<br><br>FARMLAND FOODS, INC., a Delaware<br>Corporation and subsidiary of<br>Smithfield Foods,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 8:08CV504<br><br><br>ORDER |

This matter is before the court on the parties' Joint Motion for Extension of Deadlines (Filing No. 55). The parties seek to extend deadlines from the Order Setting Schedule For Initial Progression Of A Case (Filing No. 38) by thirty days to complete certain discovery. Upon consideration,

**IT IS ORDERED:**

1. The parties' Joint Motion for Extension of Deadlines (Filing No. 55) is granted. The Order Setting Schedule for Initial Progression of a Case (Filing No. 38) is amended as follows.

2. The parties' mediation statement is due **not later than July 24, 2009**.

3. The deadlines for any motion to amend pleadings and/or add parties by the plaintiffs is **July 24, 2009**, and by the defendant is **August 24, 2009**.

4. Any motion to certify this case as a class action shall be filed **on or before July 30, 2009**. The defendant has until **on or before August 31, 2009**, to file a response.

5. **On September 25, 2009, at 11:00 a.m.**, the undersigned United States Magistrate Judge in Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, will hold an evidentiary hearing to consider all Fed. R. Civ. P. 23 class action issues. The planning conference will be held following the evidentiary hearing.

DATED this 5th day of May, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge