IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES and MAURICIO R. GUAJARDO, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| FARMLAND FOODS, INC., a Delaware Corporation and subsidiary of Smithfield Foods, | ) ) ) ) ) |
| Defendant. | ) ) |

8:08CV504

AMENDED[1]
ORDER

This matter is before the court on the parties' Joint Motion for Extension of Deadlines (Filing No. 55). The parties seek to extend deadlines from the Order Setting Schedule For Initial Progression Of A Case (Filing No. 38) by thirty days to complete certain discovery. Upon consideration,

**IT IS ORDERED:**

1. The parties' Joint Motion for Extension of Deadlines (Filing No. 55) is granted. The Order Setting Schedule for Initial Progression of a Case (Filing No. 38) is amended as follows.

2. The parties' mediation statement is due **not later than July 24, 2009**.

3. The deadlines for any motion to amend pleadings and/or add parties by the plaintiffs is **July 24, 2009**, and by the defendant is **August 24, 2009**.

4. The defendant has until **May 18, 2009**, to file a response to the plaintiffs' Motion to Proceed as a Collective Action and Facilitate Notice Under 29 U.S.C. § 216(b) (Filing No. 50).

5. A telephone conference with the undersigned magistrate judge will be held **on September 25, 2009, at 11:00 a.m.**, for the purpose of reviewing the preparation of the

---

[1] The plaintiffs' amended complaint does not contain Fed. R. Civ. P. 23 claims. Accordingly, no briefing schedule or evidentiary hearing for such claims is necessary. This order amends Order (Filing No. 56) to remove the scheduling for any Fed. R. Civ. P. 23 claims.

case to date and the scheduling of the case to trial. **The plaintiffs' counsel shall initiate the telephone conference.** No evidentiary hearing will be held on the plaintiffs' Motion to Proceed as a Collective Action and Facilitate Notice Under 29 U.S.C. § 216(b) ([Filing No. 50](#)).

DATED this 5th day of May, 2009.

> BY THE COURT:
>
> s/Thomas D. Thalken
> United States Magistrate Judge