## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARIA GUZMAN MORALES, et al.,** | ) | |
| | ) | **8:08CV504** |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| **FARMLAND FOODS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The records of the court show that on May 1, 2009, a letter (Filing No. 53) was sent to:

**Jonathan D. Berger**
**BERGER, MONTAGUE LAW FIRM**
**1622 Locust Street**
**Philadelphia, PA 19103**

from the Office of the Clerk directing that he register for admission to practice in this court, as required by NEGenR 1.7(d) or (f) and that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System"), as required by NEGenR 1.3(a) and NEGenR 1.3(b)(1).

As of the close of business on June 26, 2009, Mr. Berger has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **July 15, 2009**, attorney Berger shall register for admission to practice in this court and register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

DATED this 29th day of June, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge