## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARIA GUZMAN MORALES & MAURICIO R. GUAJARDO, & On behalf of themselves and all other similarly situated individuals, | ) ) ) ) | 8:08CV504 |
| | ) | ORDER |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FARMLAND FOODS, INC., a Delaware Corporation and subsidiary of Smithfield Foods, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Joint Motion For Extension Of Time To File Objections and Brief In Support Of Objections To The Magistrate Judge's Report And Recommendation (Filing No. 75).

**IT IS ORDERED:**

1.      The parties' Joint Motion For Extension Of Time To File Objections and Brief In Support Of Objections To The Magistrate Judge's Report And Recommendation (Filing No. 75) is granted.

2.      The parties have until **on or before August 14, 2009**, to file their objections to the Magistrate Judge's Report and Recommendation (Filing No. 74) or, alternatively, a stipulation on the make-up of the 215(b) class and method of notice to that class.

Dated this 4th day of August, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge