IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARIA GUZMAN MORALES & <br> MAURICIO R. GUAJARDO, & <br> On behalf of themselves and all other <br> similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> FARMLAND FOODS, INC., a Delaware <br> Corporation and subsidiary of <br> Smithfield Foods, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NO. 8:08-cv-504 |

### ORDER ON JOINT MOTION FOR ADDITIONAL EXTENSION OF TIME TO FILE OBJECTIONS AND BRIEF IN SUPPORT OF OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is before the court on the parties' Joint Motion For Additional Extension Of Time To File Objections and Brief In Support Of Objections To The Magistrate Judge's Report And Recommendation, Filing No. 74. The court grants the parties' motion. The parties will have until August 21, 2009, to file their objections to the Magistrate Judge's Report and Recommendation or, alternatively, a stipulation on the make-up of the 216(b) class and method of notice to that class.

SO ORDERED

Dated this 14th day of August, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge

Prepared and submitted by:

s/Allison D. Balus

| | |
|---|---|
| L. Dale Owens, Esq.<br>Admitted *Pro Hac Vice*<br>Georgia Bar No. 557482<br>Jackson Lewis LLP<br>1155 Peachtree Street, NE, Suite 1000<br>Atlanta, GA  30309-3600<br>Tel: (404) 525-8200<br>Fax: (404) 525-1173<br>owensd@jacksonlewis.com | Steven D. Davidson (NE# 18684)<br>Allison D. Balus (NE# 23270)<br>BAIRD HOLM, LLP<br>1500 Woodmen Tower<br>Omaha, NE  68102-0500<br>Phone: 402-344-0500<br>Facsimile:  402-344-0588<br>sdavidson@bairdholm.com<br>abalus@bairdholm.com |
| | *Attorneys for Defendant* |

Approved by:

/s/Shanon J. Carson

| | |
|---|---|
| Todd M. Schneider (admitted *pro hac vice*)<br>Carolyn H. Cottrell (admitted *pro hac vice*)<br>W.H. "Hank" Willson, IV (admitted *pro hac vice*)<br>SCHNEIDER WALLACE<br>COTTRELL BRAYTON<br>KONECKY LLP<br>180 Montgomery Street, Suite 2000<br>San Francisco, California 94104<br>Tel: (415) 421-7100<br>Fax: (415) 421-7105<br>wwillson@schneiderwallace.com | Philip A. Downey (admitted *pro hac vice*)<br>P.O. Box 736<br>Unionville, Pennsylvania 19375<br>Tel: (610) 324-2848<br>Fax: (610) 347-1073<br>downeyjustice@gmail.com |
| Shanon J. Carson (admitted *pro hac vice*)<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, Pennsylvania 19103<br>Tel: (215) 875-4656<br>Fax: (215) 875-4604<br>scarson@bm.net | Christopher P. Welsh (State Bar No. AT0008451)<br>WELSH & WELSH, P.C., L.L.O.<br>2027 Dodge Street, Suite 400<br>Omaha, Nebraska 68102<br>Tel: (402) 384-8160<br>Fax: (402) 384-8211<br><br>*Attorneys for Plaintiffs* |

DOCS/929373.1