IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES, On behalf of themselves and all other similarly situated individuals, and MAURICIO GUAJARDO, On behalf of themselves and all other similarly situated individuals,<br><br>             Plaintiffs,<br><br>    v.<br><br>FARMLAND FOODS, Inc.,<br><br>             Defendant. | 8:08CV504<br><br>ORDER |

This matter is before the court on the Report and Recommendation ("R&R") of the United States magistrate judge, Filing No. 74, on plaintiffs' Motion to Proceed as a Collective Action and Facilitate Notice under 29 U.S.C. § 216(b), Filing No. 50. The parties have conferred and agreed to stipulate to conditional certification and notice in lieu of objecting to the R&R. Filing No. 80, Joint Stipulation at 2. Accordingly,

IT IS ORDERED:

1. The R&R of the United States magistrate judge is (Filing No. 74) is adopted, as modified by the parties' joint stipulation (Filing No. 80).

2. The plaintiffs' Motion to Proceed as a Collective Action and Facilitate Notice under 29 U.S.C. § 216(b) of the Fair Labor Standards Act (Filing No. 50) is granted to include the class set forth in the parties' stipulation (Filing No. 80).

3. An order on certification and notice in conformity with the stipulation of the parties will be entered this date.

DATED this 4th day of September, 2009.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge