IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARIA GUZMAN MORALES & | ) | |
| MAURICIO R. GUAJARDO, & | ) | |
| On behalf of themselves and all other | ) | |
| similarly situated individuals, | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO.  8:08-cv-504 |
| | ) | |
| v. | ) | |
| | ) | |
| FARMLAND FOODS, INC., a Delaware | ) | |
| Corporation and subsidiary of | ) | |
| Smithfield Foods, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE REGARDING THE PARTIES' PROPOSED NOTICE AND OPT-IN FORM

Defendant, Farmland Foods, Inc., hereby notifies the Court that the parties are currently

negotiating the content of the notice and opt-in form, as required by  the Court's September 4,

2009 Order (*see* Filing No. 81), which required the parties to "confer regarding a proposed

Notice form, and seek Court approval thereof" by September 14, 2009.  The parties have

negotiated and agreed upon 98 percent of the content of the notice and opt-in form.  However,

there remain a few minor disputes that the parties are trying to resolve.  The parties will file a

joint submission on the proposed notice and opt-in form on September 15, 2009.

Respectfully submitted,

By:   s/Allison D. Balus

L. Dale Owens, Esq.
Admitted *Pro Hac Vice*
Georgia Bar No. 557482
Jackson Lewis LLP
1155 Peachtree Street, NE, Suite 1000
Atlanta, GA  30309-3600
Tel: (404) 525-8200
Fax: (404) 525-1173
owensd@jacksonlewis.com

and

Steven D. Davidson, Esq.
Allison D. Balus, Esq.
Baird Holm, P.A.
1500 Woodmen Tower
1700 Farnam Street
Omaha, Nebraska  68102-2068
Tel: (402) 636-8254
Fax: (402) 344-0588
sdavidson@bairdholm.com
abalus@bairdholm.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

Carolyn H. Cottrell
Christopher P. Welsh
James R. Welsh
Jonathan D. Berger
Russell D. Henkin
Philip A. Downey
Shanon J. Carson
Todd M. Schneider
W. Hank Willson, IV

I hereby certify also that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

s/Allison D. Balus

DOCS/934098.1