IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARIA GUZMAN MORALES et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:08CV504 |
| | ) | |
| vs. | ) | AMENDED ORDER[1] |
| | ) | |
| **FARMLAND FOODS, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Joint Submission on Class Notice (Filing No. 84). The parties have agreed on the content and language of the proposed class notice and an opt-in consent form with one critical exception. The parties filed their proposed notice and the proposed opt-in consent form, including an explanation and argument supporting their different options. See *id.* Ex. A - Proposed Notice; Ex. B - Proposed Opt-In. Specifically, the parties dispute whether the opt-in form should contain a place to write the last four digits of a class member's social security number.

After reviewing this case and the proposed notice and opt-in forms provided by the parties, the court concludes the stipulated proposal serves the purposes of the notice to clearly inform the putative class members of the who, why, when, where, and how. Further, the addition of the defendant's proposal, i.e. that the opt-in form include a location for a class member's partial social security number for identification purposes, will not unduly burden or impede the plaintiffs under the circumstances. Upon consideration,

**IT IS ORDERED:**

The Joint Submission on Class Notice (Filing No. 84) is adopted as follows. The court approves the Class Notice submitted by the parties together with the opt-in form which includes a location for the last four digits of a class member's social security number.

DATED this 16th day of September, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge

---

[1] Order amended to create working hyperlinks.