IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MARIA GUZMAN MORALES** and **MAURICIO GUARJARDO,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**FARMLAND FOODS, INC.,** a Delaware Corporation and subsidiary of Smithfield Foods,<br><br>Defendant. | 8:08CV504<br><br>**ORDER GRANTING JOINT MOTION MODIFYING DATES SET IN OCTOBER 23, 2009 ORDER SETTING FINAL SCHEDULE FOR PROGRESSION OF CASE** |

This matter is before the court on the parties' Joint Motion to amend deadlines (Filing No. 115).

**IT IS ORDERED:**

The motion is granted and the following deadlines are amended:

1. Plaintiffs' expert disclosure and report: **No later than May 12, 2010**.

2. Defendant's expert disclosure and report: **No later than June 28, 2010**.

3. Plaintiffs' rebuttal expert disclosure and report: **No later than July 23, 2010**.

4. Motions *in limine* challenging the admissibility of expert testimony:

    a. **No later than July 30, 2010** for the experts disclosed May 12 and June 28, 2010.

    b. **No later than August 30, 2010** for rebuttal experts disclosed July 23, 2010.

5. Motions for Summary Judgment (other than those based on 29 U.S.C. §203(o)): **No later than August 2, 2010**.

DATED this 19th day of March, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge