## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARIA GUZMAN MORALES, MAURICIO GUAJARDO, on behalf of themselves and others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:08CV504 |
| vs. | ) ) | ORDER |
| FARMLAND FOODS, INC., SMITHFIELD FOODS, INC., | ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the parties' joint motion for an extension of certain deadlines (Filing No. 127) modifying the court's orders of October 23, 2009, and March 19, 2010. For the reasons set forth in the parties motion, the court amends the following deadlines as set forth below

**IT IS ORDERED:**

1. Plaintiffs' expert disclosure and reports: no later than 30 days after the Court rules on Defendant's pending motion for partial summary judgment.

2. Defendant's expert disclosure and reports: no later than 6 weeks after service of Plaintiffs' expert disclosure and reports.

3. Plaintiffs' rebuttal expert disclosure and reports: no later than 30 days after service of Defendant's expert disclosure and reports.

4. Motions *in limine* challenging the admissibility of expert testimony:

   No later than 30 days after service of Defendant's expert disclosure and reports for Plaintiffs' originally designated experts and for Defendant's experts.

   No later than 30 days after service of Plaintiff's rebuttal expert disclosure and reports for Plaintiffs' rebuttal experts.

DATED this 30th day of April, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge