IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES & MAURICIO R. GUARJARDO, *On behalf of themselves and all other similarly situated individuals*<br><br>  Plaintiffs,<br><br>v.<br><br>FARMLAND FOODS, INC. A Delaware Corporation and Subsidiary of Smithfield Foods,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 8:08-cv-504 |

## **CERTIFICATE OF SERVICE**

Defendant, Farmland Foods, Inc., states that it served its Amended Responses to Plaintiff Maria Guzman Morales' First Set of Interrogatories, its Amended Responses to Plaintiff Mauricio Guajardo's First Set of Interrogatories, and its Amended Responses and Objections to Plaintiffs' Request for Production of Documents to Plaintiffs' attorneys, Carolyn H. Cottrell, Christopher P. Welsh, James R. Welsh, Philip A. Downey, Shanon J. Carson, Todd M. Schneider, and W. Hank Willson, IV, via regular United States first-class mail, postage prepaid, and email on the 3rd day of March, 2010.

Respectfully submitted this 20th day of May, 2010.

        s/Allison D. Balus
Steven D. Davidson, Esq. (NE # 18684)
Allison D. Balus, Esq. (NE # 23270)
Baird Holm, LLP
1500 Woodmen Tower
1700 Farnam Street
Omaha, Nebraska 68102-2068
Tel: (402) 636-8254
Fax: (402) 344-0588
sdavidson@bairdholm.com
abalus@bairdholm.com

and

L. Dale Owens, Esq.
Admitted *Pro Hac Vice*
Georgia Bar No. 557482
Jackson Lewis LLP
1155 Peachtree Street, NE, Suite 1000
Atlanta, GA 30309-3600
Tel: (404) 525-8200
Fax: (404) 525-1173
owensd@jacksonlewis.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2010, I served the foregoing Certificate of Service through electronic filing. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Carolyn H. Cottrell
    Christopher P. Welsh
    James R. Welsh
    Philip A. Downey
    Shanon J. Carson
    Todd M. Schneider
    W. Hank Willson, IV

I hereby certify also that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    None.

                                              *s Allison D. Balus.*

DOCS/975231.2