IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARIA GUZMAN MORALES &           )
MAURICIO R. GUARJARDO,           )
                                 )
            Plaintiffs,          )
                                 )          CASE NO. 8:08-cv-504
        v.                       )
                                 )
FARMLAND FOODS, INC.,            )
                                 )
            Defendant.           )
                                 )
                                 )
                                 )
_____ )

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **DEFENDANT'S FIRST REQUESTS FOR ADMISSIONS, FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** was served to the following Plaintiffs:

| | |
|---|---|
| **Michael Calkin** | **Alejandro Diaz** |
| **Angela Graham** | **Ajok Ding** |
| **Time Kim** | **Julia Osorio** |
| **Juan Mora Romero** | **Josefa D. Morales** |
| **Jerald Saurer** | **Tahir Al-Ibrahim** |
| **Confesor Tapia** | **Juana Ramirez** |
| **Matthew Spanjer** | **Nestor Pineda** |
| **Loc Ma** | **Vandy Mov** |
| **Ibro Hurko** | **Maria Padilla** |
| **Maria Gutierrez** | **Nguyet Nguyen** |
| **Muamer Balas** | **Roman A. Plaksin** |
| **Guadalupe Acosta** | **Denise Bents** |
| **Christina Lopez** | **Kim Stephens** |
| **Amy Devor** | **Tammie Filipi** |
| **Janice Bents** | **Frank Weiss** |

on the 28th day of June, 2010 by United States mail, postage prepaid, addressed as follows:

Christopher Welsh, Esq.
James R. Welsh, Esq.
Welsh & Welsh, P.C.
9290 West Dodge Road
100 The Mark
Omaha, Nebraska 6811

Todd M. Schneider, Esq.
Carolyn H. Cottrell, Esq.
Schneider, Wallace Law Firm
180 Montgomery Street, Suite 2000
San Francisco, CA  94104

Shanon Carson, Esq.
Russ Henkin, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103

Philip A. Downey, Esq.
Downey Law Firm
P.O. Box 736
Unionville, PA  19375

Dated this 30th day of June, 2010

s/Allison D. Balus
Steven D. Davidson, Esq. (NE # 18684)
Allison D. Balus, Esq. (NE # 23270)
Baird Holm, LLP
1500 Woodmen Tower
1700 Farnam Street
Omaha, Nebraska 68102-2068
Tel: (402) 636-8254
Fax: (402) 344-0588
sdavidson@bairdholm.com
abalus@bairdholm.com

and

L. Dale Owens, Esq.
Admitted *Pro Hac Vice*
Georgia Bar No. 557482
Jackson Lewis LLP
1155 Peachtree Street, NE, Suite 1000
Atlanta, GA 30309-3600
Tel: (404) 525-8200
Fax: (404) 525-1173
owensd@jacksonlewis.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 30, 2010, I served the foregoing through electronic filing. Notice of this filing will be sent to the following by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Carolyn H. Cottrell
Christopher P. Welsh
James R. Welsh
Philip A. Downey
Shanon J. Carson
Todd M. Schneider
W. Hank Willson, IV

I hereby certify also that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

s/ Allison D. Balus

DOCS/982089.1