IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES and MAURICIO GUARJARDO, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>FARMLAND FOODS, INC., a Delaware Corporation and subsidiary of Smithfield Foods,<br><br>                    Defendant. | Case No. 8:08-cv-504<br><br>**ORDER APPROVING STIPULATION AND JOINT MOTION FOR EXTENSION OF TIME REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S FIVE MOTIONS FOR SUMMARY JUDGMENT** |

   This matter is before the Court on the parties' Stipulation and Joint Motion for Extension of Time Regarding Briefing Schedule for Defendant's Five Motions for Summary Judgment (Filing No. 148), and for good cause shown, this Court hereby orders that the parties shall meet and confer concerning an appropriate briefing schedule for the above-referenced motions and further proceedings, as well as on current discovery issues. Until then, Plaintiffs are granted to July 29, 2010 to respond to the five summary judgment motions, without prejudice to a further revision of that date (with Court-approval) after the parties have a further opportunity to discuss proposals to revise the schedule for briefing the summary judgment motions and for further proceedings, and outstanding discovery issues.  It is further ordered that by Friday, July 9, 2010, the parties will either report an agreement and proposed briefing schedule for the five summary judgment motions and further proceedings, or report any points of agreement.  The

1

2

parties shall then file motions as to any unresolved issues, and the opposing party shall respond within the time prescribed by the Local Rules.

IT IS SO ORDERED.

BY THE COURT:

Date: July 2, 2010

*s/ Joseph F. Bataillon*
Chief District Judge