# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES & MAURICIO R. GUAJARDO,<br><br>Plaintiffs,<br><br>v.<br><br>FARMLAND FOODS, INC. A Delaware Corporation and Subsidiary of Smithfield Foods,<br><br>Defendant. | CASE NO. 8:08-cv-504<br><br>**ORDER ON DEFENDANT'S MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

This matter is before the Court on defendant's motion for leave to a Response to Plaintiffs' Notice of Supplemental Authority, Filing No. 146. (*See* Defendant's Motion at Filing No. 156). The court grants defendant's motion. The Response, exhibit A to Filing No. 156, is deemed filed.

SO ORDERED

Dated this 26th day of July, 2010.

BY THE COURT:

*s/ Joseph F. Bataillon*
United States District Judge

DOCS/986600.1