IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES and MAURICIO GUARJARDO, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>FARMLAND FOODS, INC., a Delaware Corporation and subsidiary of Smithfield Foods,<br><br>　　　　　Defendant. | Case No. 8:08-cv-504 |

**INDEX OF EVIDENCE IN SUPPORT OF
<u>PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

　　　Plaintiffs submit the following Index of Evidence in support of their Motion for Partial Summary Judgment:

1.　　Pertinent excerpts of January 28, 2010 Deposition of David Boss;

2.　　FARMLAND 002152-2184;

3.　　Pertinent excerpts of March 9, 2010 Deposition of Colby Vesely;

4.　　Maria Guzman Morales's Supplemental Responses to Defendant's First Set of Interrogatories;

5.　　Declaration of Arturo Pulido;

6.　　Mauricio Guajardo's Supplemental Responses to Defendant's First Set of Interrogatories;

7.　　Pertinent excerpts of March 11, 2010 Deposition of Paul Doremus;

8.　　Declaration of Maria Guzman Morales;

1

9. Declaration of Russell D. Henkin Pursuant to Rule 56(f);

10. Defendant's Responses to Plaintiff Mauricio Guajardo's Amended First Set of Interrogatories;

11. FARMLAND 000250- 361;

12. Farmland's "Equipment Use" list (FARMLAND 001361-1362);

13. FARMLAND 002170;

14. FARMLAND 002147;

15. FARMLAND 000001-60.

Dated: August 2, 2010                                                  Respectfully submitted,

                                                                       BERGER & MONTAGUE, P.C.


                                                                       /s/ Shanon J. Carson
                                                                       RUSSELL D. HENKIN
                                                                       SHANON J. CARSON
                                                                       1622 Locust Street
                                                                       Philadelphia, PA  19103
                                                                       Telephone No.: (215) 875-3000
                                                                       Facsimile No.: (215) 875-4604

                                                                       SCHNEIDER WALLACE
                                                                       COTTRELL BRAYTON KOCKNEY LLP
                                                                       TODD SCHNEIDER
                                                                       CAROLYN COTTRELL
                                                                       Schneider & Wallace
                                                                       180 Montgomery Street, Suite 2000
                                                                       San Francisco, CA 94104
                                                                       Telephone: (415) 421-7100

                                                                       PHILIP A. DOWNEY
                                                                       P.O. Box 736
                                                                       1555 Embreeville Road
                                                                       Unionville, PA 19375
                                                                       Telephone: (610) 324-2848
                                                                       Facsimile No.: (610) 347-1073

2

        WELSH & WELSH, P.C.
        CHRISTOPHER WELSH
        JAMES R. WELSH
        9290 West Dodge Road
        100 The Mark
        Omaha, Nebraska 68114
        Tel: (402) 384-8160
        Fax: (402) 384-8211

        Attorneys for Plaintiffs