IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES and MAURICIO GUARJARDO, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>FARMLAND FOODS, INC., a Delaware Corporation and subsidiary of Smithfield Foods,<br><br>     Defendant. | Case No. 8:08-cv-504 |

**CORRECTED INDEX OF EVIDENCE IN SUPPORT OF**
<u>**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**</u>

COMES NOW Plaintiffs pursuant to NELR 7.1(a)(2), hereby submit their Index of Evidence and evidence in support of their Motion for Partial Summary Judgment. Plaintiffs submit true and correct copies of the following documents in support of their motion:

  Exhibit 1  Pertinent excerpts of January 28, 2010 Deposition of David Boss;

  Exhibit 2  FARMLAND 002152-2184;

  Exhibit 3  Pertinent excerpts of March 9, 2010 Deposition of Colby Vesely;

  Exhibit 4  Maria Guzman Morales's Supplemental Responses to Defendant's First Set of Interrogatories;

  Exhibit 5  Declaration of Arturo Pulido;

  Exhibit 6  Mauricio Guajardo's Supplemental Responses to Defendant's First Set of Interrogatories;

  Exhibit 7  Pertinent excerpts of March 11, 2010 Deposition of Paul Doremus;

  Exhibit 8  Declaration of Maria Guzman Morales;

| | |
|---|---|
| Exhibit 9 | Declaration of Russell D. Henkin Pursuant to Rule 56(f); |
| Exhibit 10 | Defendant's Responses to Plaintiff Mauricio Guajardo's Amended First Set of Interrogatories; |
| Exhibit 11 | FARMLAND 000250- 361; |
| Exhibit 12 | FARMLAND 001361-1362; |
| Exhibit 13 | FARMLAND 002170; |
| Exhibit 14 | FARMLAND 002147; |
| Exhibit 15 | FARMLAND 000001-60. |

Dated: August 2, 2010

Respectfully submitted,

BERGER & MONTAGUE, P.C.

/s/ Shanon J. Carson
RUSSELL D. HENKIN
SHANON J. CARSON
1622 Locust Street
Philadelphia, PA  19103
Telephone No.: (215) 875-3000
Facsimile No.: (215) 875-4604

SCHNEIDER WALLACE
COTTRELL BRAYTON KOCKNEY LLP
TODD SCHNEIDER
CAROLYN COTTRELL
Schneider & Wallace
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100

PHILIP A. DOWNEY
P.O. Box 736
1555 Embreeville Road
Unionville, PA 19375
Telephone: (610) 324-2848
Facsimile No.: (610) 347-1073

                WELSH & WELSH, P.C.
CHRISTOPHER WELSH
JAMES R. WELSH
9290 West Dodge Road
100 The Mark
Omaha, Nebraska 68114
Tel: (402) 384-8160
Fax: (402) 384-8211

Attorneys for Plaintiffs