EXHIBIT 2



# Production Employee Handbook

# Farmland Foods, Inc.

FARMLAND002152

FARMLAND002153

# Table of Contents

**Introduction** ..................................................................................................................3
      Statement of Purpose
      Farmland's Mission
      Code of Business Conduct and Ethics
**Employment Policies** ......................................................................................................5
      Equal Employment Opportunity/Non-Discrimination Policy
      Harassment and Sexual Harassment
      Romance In The Workplace
      Threats of Violence
      Confidential, Proprietary, and Trade Secret Information
      Outside Employment and Conflict of Interest
**Employee Safety and Security** .........................................................................................8
      Employee Safety
      Hazard Communication Program
      Emergency Procedures
      Workers' Compensation
      Security Considerations
      Entering and Leaving Company Premises
      Visiting Other Departments
**Food Safety & Quality Assurance** ...................................................................................10
      Food Handling Guidelines and Quality Control
      United States Department of Agriculture
      Food Safety Inspection Service (FSIS)
      United States Government, Quality Assurance, and HACCP Tags
**Employee Conduct** .......................................................................................................12
      "Open Door" Communication
      Employee Conduct
      Reporting Suspicious or Unusual Behavior
      Discipline
      Prohibited Conduct Toward Government Inspectors
      Solicitation and Distribution
      Visitors
**Plant Policies** .............................................................................................................15
      Introductory/Trial Period for New Employees
      Attendance Policy
      Employment of Family Members
      Change in Personal Information
      Personal Hygiene
      Housekeeping
      Food and Drink
      Smoking and Tobacco Use
      Clothing
      Footwear
      Personal Protective Equipment and Company Property
      Cleaning Equipment
      Hand and Equipment Sanitizing
      Lockers and Locker Inspections
      Searches
      Parking
      Telephones/Electronic Communication and Recording Devices
      Computers, Electronic Mail, Voice Mail and Phones
      Resigning From Farmland

FARMLAND002154

## Table of Contents

**Wages and Hours** ........................................................................................................... 20
    Hours of Work
    Time Card Policy
    Payroll
    Garnishments
    Employment Classifications
    Payroll Deduction

**Benefits** ............................................................................................................................ 22
    Benefit Plans
    Employee Assistance (EAP)
    Travel Assistance
    Retirement Plan
    Service Recognition

**Time Away From Work** .................................................................................................. 24
    Vacation, Funeral, Sick Leave, Holidays and Personal Holidays
    Military Leave of Absence
    Family and Medical Leave (FMLA)
    Requests for Time Off
    Returning to Work after a Medical Leave

**Drug and Alcohol Free Workplace Policy** ................................................................. 27

**Notes** ................................................................................................................................. 30

**Receipt** .............................................................................................................................. 31

FARMLAND002155

Introduction

**Statement of Purpose**

Welcome to Farmland!  This Handbook is a guide that will tell you about the benefits and responsibilities of working for our company.  In today's business world, workplaces involve many policies, practices, programs and benefits.  It can be difficult to sort through them all.  Our hope is that this Handbook will help you to do just that.

The information in this Handbook applies to all Farmland production employees.   There may be additional policies or procedures that apply to employees at particular facilities.  If there are other policies or procedures for your particular location, your plant supervisor will make sure you have the proper materials as applicable to your facility.

Farmland is an "at-will" employer – this means that Farmland employees are free to terminate their employment at any time, for any reason, with or without notice and that Farmland may at any time, for any reason, with or without notice, and with or without cause, terminate any employee.  If you have questions about this, please contact your local Human Resource manager.

Some of our employee groups are governed by collective bargaining agreements.  In such cases, the collective bargaining agreement, together with the terms of this Handbook, will be referred to in determining your rights and responsibilities.  This Handbook is considered Farmland proprietary information and should be used by the recipient only in relation to recipient's employment with Farmland.

Again, if you have any questions about the contents of this Handbook or any aspect of your employment with Farmland, please do not hesitate to contact your local Human Resource manager or a company representative at Farmland Headquarters.

While information in this Handbook is deemed to be accurate, Farmland must remain free to apply, interpret, change or deviate from any of the policies, procedures, practices and benefits stated in this Handbook at any time.

This handbook is effective as of August 1, 2005.

FARMLAND002156

Introduction

---

**FARMLAND'S MISSION**

*To be a financially sound marketer and producer of high-quality pork products for the retail, food service and international markets, and to drive profitable growth through the wise deployment of capital and marketing investments that yield success and stability for our customers, employees, and shareholders.*

☎        ☎        ☎

## Code of Business Conduct and Ethics

The Smithfield Foods, Inc. Code of Business Conduct and Ethics ("Code") sets forth Smithfield's policies and practices relating to legal compliance and business ethics, and has been adopted by Farmland as its code of business conduct and ethics as well. It reflects the company's core values and high ethical standards. Every Farmland director, officer and employee is responsible for reading and understanding the Code and conducting business for the company in accordance with these policies and practices. The Code also applies to all Smithfield corporate departments and divisions.

The Code covers a wide range of business practices and procedures. It does not address every issue that may arise but provides general guidance about the company's expectations regarding employee conduct and the employee's basic ethical and legal responsibilities as a representative of Farmland. You are expected to obey the letter and the spirit of the law and to perform your duties with the utmost attention to ethical business practices.

If a law conflicts with a policy or practice established by the Code, you must comply with the law; if, however, a local custom or policy conflicts with the Code, you must comply with the Code. If you have any questions about these conflicts, you should ask your supervisor how to handle the situation.

Anyone who violates the policies and practices established by the Code will be subject to disciplinary action, up to and including termination. If you are in a situation which you believe may violate or lead to a violation of the Code or any other Farmland policy, or if you know about or suspect any such violation by others, you should follow the guidelines described in the Training and Education and Implementation and Accountability Sections of the Code of Business Conduct and Ethics.

FARMLAND002157

Employment Policies

---

**Equal Employment Opportunity/Non-Discrimination Policy**

Farmland does not discriminate against any employee or applicant for employment because of race, color, religion, ethnic or national origin, gender, sexual preference, age, disability, or veteran status.  This applies to recruitment, hiring, training, promotion, and other terms and conditions of employment.  Discrimination against any employee or applicant for employment is a serious violation of equal employment opportunity law and of Farmland's corporate policies.  It is the responsibility of every employee to ensure that discrimination does not occur.  Anyone found to be willfully engaging in any type of unlawful discrimination, or retaliation for reports of discrimination, will be subject to disciplinary action, up to and including termination of employment.

Farmland will take action to ensure that qualified applicants are given equal opportunity to be employed and promoted.  All personnel actions and company-sponsored programs shall continue to be administered on a non-discriminatory basis.

Any employee with questions or concerns about any type of workplace discrimination is encouraged to bring these issues to the attention of a supervisor, superintendent, the Plant Manager, a Human Resources representative, Director or the Vice President of Human Resources without fear of retaliation.  If an employee feels unable to talk to a supervisor, Human Resources or management official, complaints should be made to the Farmland or Smithfield Law Departments or to the Employee Hotline.  Such complaints are promptly investigated and action taken based on the outcome of the investigation to address any prohibited discrimination, including discipline, up to and including discharge for individuals found to be engaging in prohibited discrimination.

**Harassment and Sexual Harassment**

Farmland is committed to providing our employees with a non-discriminatory work environment free of any type of harassment.  Various international, federal, state and local laws prohibit discrimination or harassment, in word or action, against a fellow employee or applicant for employment in the U.S. and in our international operations on the basis of race, gender, sexual preference, national origin, religion, age, disability, or veteran's status.

Forms of harassment include: (a) verbal harassment, such as derogatory comments, jokes, or slurs; (b) physical harassment, such as unnecessary or offensive touching, or impeding or blocking movement; and (c) visual harassment, such as derogatory or offensive posters, cards, calendars, cartoons, graffiti, drawings, messages, e-mail or internet communications, notes or gestures.

Sexual harassment consists of unwelcome sexual advances, requests for sexual favors, or other verbal or physical conduct of a sexual nature when: (a) submission to such conduct is made a term or condition of an individual's employment, (b) submission to or rejection of such conduct is used as the basis for employment decisions, or (c) such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive work environment.

Any employee who believes that harassment by a co-worker, supervisor or person doing business with or for the company has occurred must notify his or her supervisor and/or Human Resources representative immediately.  If a complaint involves an immediate supervisor, the employee does not feel comfortable reporting the matter to their supervisor or is not satisfied that the supervisor has properly handled the concern, it should be directed to the next higher level of supervision.  A complaint can also be reported directly to the Farmland or Smithfield Law Departments or the Employee Hotline (toll free 1-877-237-5270).

FARMLAND002158

## Employment Policies

Farmland treats all complaints of harassment seriously. Complaints will be handled in a timely manner and no individual will suffer any form of retaliation or reprisal for reporting any incident of harassment or for making any complaint. Complaints and/or reports surrounding incidents of harassment will be handled with the utmost care and concern for all individuals involved. Information obtained in this process will be maintained on a "need-to-know" basis.

Harassment complaints will be investigated and appropriate action will be taken in accordance with the results of that investigation. Any employee who is found to be responsible for sexual harassment, or any other prohibited form of harassment, will be subject to appropriate discipline, up to and including termination of employment. The severity of the disciplinary action will be based upon the circumstances of the infraction.

**Romance In The Workplace**

Romantic relationships in the workplace can lead to potential legal risks, unprofessional behavior in the workplace, perceptions of favoritism, and diminished productivity.

Farmland's policy does not ban all romantic relationships between coworkers. However, employees are strictly prohibited from engaging in physical contact that would in any way be deemed inappropriate to a reasonable person while anywhere on company property or while engaged in company business. Employees are expected to behave in an appropriate, professional manner at all times in the workplace.

Farmland forbids romantic relationships between any level of supervisor/manager and a subordinate over whom the supervisor/manager has any direct or indirect reporting or supervising relationship.

All employees in a sensitive or influential position (e.g., lead persons, trainers, supervisors, employees handling confidential information) must disclose the existence of any relationship with another employee that has progressed beyond a platonic friendship. Disclosure may be made to the Human Resource Manager, the Plant Manager or any other Officer of the company. This disclosure will be analyzed to determine whether the relationship creates any conflicts that would be detrimental to the interest of the company. Failure to make such a disclosure may result in disciplinary action, up to and including termination.

Where potential risks are identified, the company will work with the parties involved to consider options for resolving the conflict. Management will determine the final resolution for each of these types of issues. Failure to cooperate in resolving the conflict will result in disciplinary action, up to and including termination.

Employees who allow personal relationships with coworkers to adversely affect the working environment will be subject to discipline, up to and including termination.

**Threats of Violence**

All verbal and non-verbal threats of violent behavior are unacceptable and must be reported to your supervisor, Human Resources manager or the Employee Hotline immediately. Every report of violence or threats of violence will be investigated. Employees who engage in violence or threats of violence will be subject to disciplinary action, up to and including termination of employment as well as criminal prosecution.

FARMLAND002159

Employment Policies

**Confidential, Proprietary, and Trade Secret Information**

Farmland asserts a proprietary interest in all business activities conducted in its facility or on its behalf in accordance with applicable legal requirements.  Business activities are defined to include: (1) the technical specifications applied to the production of our products, (2) prices and quantities paid for raw materials or services, (3) profits and losses incurred by the company through its normal business operations, and (4) deliberations on the establishment and execution of business objectives, including all documentation generated as a result of those deliberations. As such those business activities and all information relating to them are considered confidential. The protection of confidential business information and trade secrets is vital to the success of our company.  Any employee who improperly uses or discloses confidential business information or trade secrets will be subject to disciplinary action, up to and including termination of employment, even if he or she does not actually benefit from the disclosed information.  Farmland reserves the right to pursue remedies permitted by law for any injury suffered by the company as a result of the disclosure.

**Outside Employment and Conflicts of Interest**

Employees may hold outside jobs as long as the job does not create a conflict of interest and the employee meets the attendance and performance standards of their job.  If the company determines that an employee's outside work is a conflict of interest or interferes with performance, the employee may be asked to terminate the outside employment if he or she wishes to remain employed with Farmland. Taking or holding any employment with a competitor, supplier, or customer of Farmland constitutes a conflict of interest.  In addition, no employee may personally benefit financially from the sale, barter or trade of any product manufactured by Farmland.  If you have a question about whether a situation involves a conflict of interest or inappropriate personal benefit, consult with your supervisor or Human Resources manager.

FARMLAND002160

## Employee Safety and Security

**Employee Safety**

Farmland's goal is to assure good, safe working conditions and meet the expectations of its employees by observing safety laws. No employee will knowingly be required to work in any unsafe manner. Employees are expected to share responsibility for their own day-to-day safety by following all safety rules and procedures. Employees will receive training on specific safe work practices for their job before beginning the job assignment and are provided with the required personal protective equipment designed to prevent injuries.

All Farmland employees are responsible for helping to create safe working conditions. Adhering to each facility's safety and security procedures helps to provide that safe environment. Safety rules are made available at every facility. Take the time to report any unsafe situations that could be a threat to you or other employees. Report theft, violent crime, vandalism, potential workplace violence, fires or other incidents to your supervisor or security staff.

**Hazard Communication Program**

Farmland has established a Hazard Communication Program, which identifies and provides comprehensive information on all hazardous chemicals you may be exposed to at your plant location. If you are required to use any chemicals or hazardous substances, you will receive specific training on safe handling procedures before undertaking the job assignment.

**Emergency Procedures**

Farmland has an emergency procedure in the event of fire or other disaster. Located throughout the building are designated severe weather shelters, emergency exits, fire extinguishers and first aid kits. In general, emergencies should be immediately reported to the closest supervisor or manager. If a supervisor is not immediately present, go the nearest telephone and dial the emergency line specific to your facility. Your supervisor will provide detailed information on procedures to follow in the event of an evacuation, fire, chemical spill, inclement weather, or other emergency.

**Workers' Compensation**

Farmland takes seriously its responsibilities under all applicable state workers' compensation laws. Farmland will also vigorously protect its rights under those laws. All claims made under workers' compensation have to be thoroughly investigated. Fraudulent (false) claims will be challenged, and the company reserves its right to seek all remedies available under the law, including the support of criminal prosecution.

*If you have a work related injury or accident*
Employees must immediately report all injuries and accidents that *occur at work*. Notify your supervisor of any injury/accident and report to the Safety Department, as instructed by your supervisor. You must report all injuries and accidents no matter how small or insignificant they seem to be. This includes events that may have resulted in an injury, such as a slip, trip, or fall. If the onset of pain occurs after you have left the facility and you believe the pain is the result of a work-related injury or accident, you must report the incident before the start of your next work shift or within 24 hours, whichever time period is shorter.

*If you have an occupational illness*
Employees must report all occupational illnesses that *occur at work* no matter how small or insignificant they seem to be. Notify your supervisor of the illness and report to the Safety Department, as instructed by your supervisor.

FARMLAND002161

Employee Safety and Security

*If you have a non-work related injury or illness*
Employees are asked to report non-work related injuries and illnesses (injuries and illnesses that happen outside of work) to the Safety Department staff before going to work. Employees absent from work three or more days must provide an appropriate medical release before returning to work.

**Security Considerations**

Employees are encouraged to leave valuable personal property at home and not carry large amounts of cash on their person. Farmland assumes no liability for personal items brought into the facility. This includes, but is not limited to, jewelry, money, cellular telephones, clothing items, etc.

The use, possession, concealment, transport, selling or distribution of items including but not limited to, controlled substances, alcohol, firearms, weapons, or stolen property is prohibited on all company property. Failure to follow this guideline may result in discipline, up to and including termination of employment.

No meat products or company property, including unused, extra, or discarded materials, may leave the facility without proper authorization.

Any employee who may be required to bring personal tools into the facility is advised to mark the tools with a means of identification. Removal of personal tools from the facility will require proper authorization from the Plant Manager or his/her designee.

**Entering and Leaving Company Premises**

In order to maintain a safe and secure place of employment and to protect the legitimate interests of the company, all persons entering and exiting the facility, all containers or other items brought into or being removed from the facility, and all company owned property are subject to inspection. All employees must show their Farmland identification cards to be admitted to the plant. After reporting to work, no one shall leave the premises until his/her work assignment or shift is completed and the supervisor grants permission. Employees must clock out when leaving the plant and clock-in upon returning. Failure to do so may result in discipline, up to and including termination of employment.

**Visiting Other Departments**

Any plant employee who enters into an area of the plant that is not authorized for his/her use will be subject to discipline. Areas authorized for an employee's use are:

1) that employee's designated workstation and the area surrounding that workstation that must be used by the employee to perform his/her duties,
2) the lunchroom,
3) the locker room and restroom, and
4) the proper routes that connect the above-named places.

All employees shall be in their assigned work areas unless an emergency exists or a directive from a supervisor requires otherwise. The only authorized personnel allowed on or in the confines of the plant will be those on authorized shifts. There will be no loitering in the plant before or after your work shift. If an employee has any business to take care of at the plant before or after working hours, he/she is to have authorization. There shall be no visiting by employees in any department without the consent of supervision. This applies whether or not an employee is working on company time or has been dismissed for the day.

FARMLAND002162

## Food Safety & Quality Assurance

### Food Handling Guidelines and Quality Control

All Farmland employees are responsible for ensuring production of safe, wholesome meat products consistent with customer demands and consumer expectation.

Farmland is committed to maintaining a sanitary production facility and all employees play a critical role in achieving this vital business objective.  Information, policies and procedures outlining your responsibilities in food safety practices are distributed and reviewed upon hire and updated and reviewed throughout your employment with Farmland.

### United States Department of Agriculture

The United States Department of Agriculture (USDA) is responsible for the grading of meat according to nationally uniform Federal standards of quality.  This provides for uniformity and consistency for the grading of meat in the retail market.  All Farmland plants are required to comply with USDA requirements.

### Food Safety Inspection Service (FSIS)

The Food Safety Inspection Service (FSIS) is the USDA's food safety enforcement group.  The FSIS operates in the plant at Farmland's request and assists in ensuring that wholesome and disease-free products are produced and shipped from the plant.  Compliance by the employees with FSIS process controls is a minimum performance standard.

### United States Government, Quality Assurance, and HACCP Tags

United States Government (U.S. Government) tags or seals, Farmland Quality Assurance Non-Compliance Tags and HACCP (Hazard Analysis and Critical Control Point) retained tags are not to be removed, moved, detached, or mutilated in any manner by anyone other than a U.S. Government Inspector (pertaining to Government tags), Quality Assurance (pertaining to Quality Non Compliance tags), or HACCP coordinator and Quality Assurance (pertaining to the HACCP Tag).

If there is a U.S. Government tag or seal, Quality Assurance tag, or HACCP tag on any equipment, meat product, or article of clothing, including your own, you are not to remove the tag or seal.  You are allowed to clean up the product or equipment, etc., and then ask the appropriate Inspector or Coordinator to remove the tag or seal.

If you do not understand the reason for any tag or seal, you are instructed to see your supervisor for instructions.  Removal of the U.S. Government tag or seal, Quality Assurance tag or HACCP tag is a serious offense and will be treated with disciplinary action, up to and including termination.

U.S. retained products may not be removed, moved, or otherwise disposed of without proper release by a U.S. Inspector.  This same procedure for Quality Assurance tags or HACCP tags must be followed by contacting the Quality Assurance Inspector or HACCP Coordinator.

Condemned carcasses or meat are not to be handled or touched by anyone other than authorized personnel.

U.S. retained products can only be moved if the USDA inspector has been consulted and is in agreement.  For all Farmland tagged products, corrections should be made within 24-hours.  When the required correction cannot be accomplished immediately, the material will be segregated in an identified secure area (with inspector agreement) until final disposition can be carried out.

FARMLAND002163

Food Safety & Quality Assurance

U.S. Government tagged product can only be transferred from facility to facility under the IIC's direct guidance and seal.  Farmland tagged product may only be transferred from a warehouse or plant to another Farmland plant with approval of the plant QA Supervisor.  Any transfer of tagged product will be under a non-compliance tag and the pending transfer must be communicated to all involved plant managers, dock supervisors and QA supervisors (if the load stops at a facility they will be notified) prior to the shipment.  Everyone involved will be alerted what the item is, what quantity is shipping (both pounds and # units), what tag numbers are being transferred, why the material is being transferred, what trailer the material is on, when it will ship, and when it is expected at the destination.  The retained material will also be shown on the billing as retained material.  QA will be notified at the shipping plant when the product is loaded, and at the receiving plant when unloaded.

FARMLAND002164

## Employee Conduct

**"Open-Door" Communication**

Farmland follows an "Open Door" communication. The open door communication encourages employees to discuss with managers any concerns or problems relating to employment. All managers follow the open door communication, including supervisors, department managers, and the plant manager. While we think the most effective and efficient method for addressing issues is through your immediate supervisor, you may address your issues with the manager whom you feel most comfortable. The Human Resources Department can help facilitate this process.

**Employee Conduct**

Employees are to conduct all of Farmland's business activities in a legal and honest way. Dishonest acts, illegal behavior, and conflicts of interest are prohibited. Any employee aware of such conduct is required to report it to his or her supervisor or manager. Employees are expected to respect the safety, property, and good names of Farmland and of fellow employees. Employees are expected to follow basic rules of decency, common sense, and good behavior. Failure to do so could result in disciplinary action, up to and including termination.

**Reporting Suspicious or Unusual Behavior**

From time to time, an employee may observe behavior that "just doesn't look right." This may involve suspicious or unusual activity involving employees, non-employees, packages or unidentified vehicles. If you observe suspicious or unusual activity, we strongly encourage you to report the activity to your supervisor or Human Resources manager.

**Discipline**

Farmland reserves the right to determine, in each case, what constitutes grounds for discipline, up to and including immediate termination. In general, employees who fail to meet Farmland's expectations may be subject to discipline. Whether or not a particular policy specifically reminds employees that discipline may result does not determine if and how discipline will be given.

Farmland may use progressive discipline to encourage growth and improvement where appropriate, and at its sole discretion. Progressive discipline typically involves a verbal warning, a written warning, a final written warning/suspension (with or without pay), and termination. Farmland may consider all prior discipline and other circumstances in a given situation. Please note that employees are not entitled to progressive discipline, and are not entitled to any particular type or order of discipline where progressive discipline is used. Certain steps may be repeated, or not used at all, at Farmland's sole discretion. Factors that may affect discipline include, but are not limited to, the nature and severity of the offense, and other circumstances. Farmland cannot list all situations that may result in discipline, up to and including termination. But the following contains some obvious examples:

- Animal cruelty
- Stealing or misappropriating Farmland property
- Violating an established safety or environmental rule
- Insubordination; failure to comply with established rules, policies, or procedures, or failure to follow instructions
- Walking away from work area without permission
- Negligent disregard of duty; willfully hinder or impede production, or commit any intentional act of waste or contamination of product, or conceal defective work
- Dishonesty
- Use, sale, purchase, transfer, or possession of illegal drugs, alcohol, or drugs obtained illegally on company property

FARMLAND002165

Employee Conduct

- Conflict of interest
- Conduct which may cause damage or embarrassment to Farmland
- Being at work while under the influence of illegal drugs or alcohol
- Conduct or behavior that may be physically dangerous to employees and others (threatening, harassing, fighting, coercing, horseplay, etc.)
- Violation of our harassment or discrimination policies
- Destruction and/or mutilation of company property or co-workers' property of any kind
- Refusal to submit to requested alcohol/drug screening
- Sleeping on the job
- Possession of any weapon or simulated weapon or any knife or instrument other than that issued by the company for production use on company property
- Unauthorized cooking or eating of product on company property
- Falsifying records/giving false or misleading information
- Excessive absenteeism or tardiness in accordance with plant attendance policy
- Failure to maintain confidentiality of proprietary, confidential, or sensitive business information
- Failure or refusal to cooperate in an internal, business-related inspection or investigation, whether or not you are the subject of the inspection or investigation. (Your participation in an inspection or investigation will be kept confidential to the extent practical and you will not be retaliated against because of your participation.)
- Unsatisfactory job performance

**Prohibited Conduct Toward Government Inspectors**

For purposes of this policy "*government inspector*" means any agent of the federal or state government actively performing duties at a Farmland facility.

*Bribery*
Bribery is the offering of gifts or services of value to a government inspector in exchange for favorable treatment or to cause the government inspector to act contrary to his or her duty.  Law prohibits all state and federal government inspectors from accepting gifts, money, services, or other items of value.  Farmland employees are prohibited from offering, making available, or providing gifts, money, services, or other items of value to any government inspector.

*Threats or Intimidation*
It is unlawful to threaten, coerce, or intimidate any government inspector.  Farmland employees are prohibited from threatening personal physical harm, threatening damage to government or personal property, making accusations, using hostile or vulgar language, or other harmful conduct toward any government inspector in an attempt to coerce or intimidate the inspector from performing his or her duty.

Violations of the provisions above will result in disciplinary action, up to and including termination.

**Solicitation and Distribution**

This policy limits solicitation and distribution at Farmland.  The purposes of this policy are to assure quality and efficiency in producing products for our customers; to maintain the discipline, order, safety and sanitation necessary to that end; and to avoid the disruption and adverse effects on employee morale, cohesiveness and productivity caused by excessive or improper solicitation or distribution.

FARMLAND002166

## Employee Conduct

### Definitions

"Solicitation" refers to approaching others with a request or plea for contribution; urging a cause; selling; or collecting money or other things of value.

"Distribution" refers to providing or circulating literature, brochures, or other written or printed materials connected with a solicitation effort. This includes directly handing materials to individuals, as well as leaving quantities of materials at the company for individuals to pick up.

"Working time" does not include mealtime, break time, or time before or after work.

"Working areas" include production areas, as well as all other areas, such as offices and service areas, where employees perform work.

### Policy

1. Outsiders shall not be permitted to engage in solicitation or distribution at any time on company premises.

2. Employees shall not engage in any solicitation of other employees during the working time of either the soliciting or the solicited employee.

3. Employees shall not engage in distribution to other employees during the working time of either the distributor or the recipient.

4. Employees shall not engage in distribution to other employees in any working areas of the company.

5. Employees shall not use company equipment or property (for example, our photocopying machine or office supplies) for the purpose of engaging in a solicitation or distribution.

6. Employees who violate this policy may be subject to discipline, up to and including discharge from employment.

### Visitors

For the protection of both you and the company, visits by outside guests must be coordinated with your supervisor and plant manager's office. Following these procedures will avoid confusion and provide efficient customer service to our guests.

Unauthorized visits in our facilities can easily create unsafe working conditions, food safety problems and other potential liability for the company and must therefore be avoided. For the same reasons, representatives of outside organizations are prohibited except as specifically approved by management. Each Farmland facility is private property and regulation of who may enter onto the property is discretionary, except as provided by law.

All non-employee visitors to each facility must receive authorization from the plant manager or his or her designee before being admitted to the property. Non-employee visitors are limited to those entering at the company's request or those conducting legitimate business with the company. All non-employee visitors to each facility must be approved through security and be accompanied by an authorized employee for the duration of their stay on site. Children under the age of 16 may not enter the property, except in a vehicle and they may not exit the vehicle. No children may enter any building without the express prior approval of the plant manager. No children may be left unattended in any vehicle.

FARMLAND002167

Plant Policies

---

**Introductory/Trial Period for New Employees**

As a new employee, you will have an introductory period.  This "get acquainted" period allows you and the company to determine if your work habits and skills are suited for continued employment at Farmland.  Please see the plant specific attachments.

**Attendance Policy**

Supervisors, coworkers, customers and Farmland depend on your daily productivity.  It is important to maintain a good attendance/punctuality record to keep others from waiting on your assignments.  Being prepared and ready to work at the beginning of your shift will generate a strong team environment.

In the case of absence or if you are going to be late, contact the Employee Call-In number at your facility or notify your supervisor as soon as possible.  You must inform the company or your supervisor of the situation on a daily basis or as may be previously arranged with your supervisor.  At times, personal appointments must be made during business hours, requiring employees to leave work early.  If you must leave work early for any reason, get approval from your supervisor prior to leaving.  *Please see the specific plant attachment at the back of this Handbook*

**Employment of Family Members**

Farmland guidelines permit the regular employment of family members in the same or different departments as long as they meet job requirements; however; an employee cannot work under the direct or indirect supervision of a family member.  A family member is defined as a spouse, parent, grandparent, child, grandchild, mother or father-in-law, brother or brother-in-law, sister or sister-in-law, or a person living in the same household.

Management may request a transfer of a family member should a conflict arises from family members working in the same department.  Situations will be reviewed on a case-by-case basis.

**Change in Personal Information**

If you change your name, address, telephone number or other relevant personal information, please notify Human Resources immediately.  This includes employees on layoff or leave of absence.  Current and correct information is very important in case of accident or illness and helps ensure that mailings regarding benefits and taxes are properly routed.  To maintain accurate information regarding your employment, you must complete a status change form within 60 days of the effective date of your changes.

**Personal Hygiene**

*Hands*
Good personal hygiene is required and must be practiced at all times.  Each employee is required to sanitize their hands after an absence from the work area or at any time the hands may have contacted non-sanitary surfaces.  Fingernails will be kept clean and neatly trimmed.  Fingernail polish will not be worn.  Cuts or sores will be properly covered.

*Cosmetics*
False eyelashes and artificial fingernails will not be worn.  Heavy make-up (to the level that it might flake) will not be worn.

*Jewelry*
The wearing of watches, pins, clips, pierced or clip-on earrings, any pierced jewelry, necklaces, chains or bracelets (except medical ID's) are not permitted.

FARMLAND002168

## Plant Policies

*Facial Hair*
If beards or mustaches are to be worn (any hair over 1/8") they must be completely covered. Beard net and hair net will contain all hair from beard, mustache, sideburns, and scalp. A dust mask may be used for beard or mustache coverage as long as it contains all associated hair and is approved by plant programs.

*Communicable Diseases*
No person who is infected with a communicable disease or is a carrier of such a disease, or who has boils, infected sores, wounds or other abnormal sources of microbiological contamination will be permitted to work in any capacity if there is a possibility of contamination of food or ingredients or transmission of disease to another person. It is the employee's duty to report any possible communicable disease, rashes, sores, etc. to the medical personnel or Safety Manager.

**Housekeeping**

All papers and trash are to be deposited in the trash containers provided throughout the plant. All employees are expected to keep the cafeteria area clean. Trash containers are provided for paper towels used in the plant. It is your responsibility to keep your area clean.

**Food and Drink**

Lunchrooms are available at all Farmland facilities. Food brought in for lunch must be stored in areas designated by plant management. Food and drink are not to be stored in the locker rooms. Tobacco, candy, gum and food are not permitted in any area under USDA inspection. Gum chewing is not permitted in production areas.

**Smoking and Tobacco Use**

Smoking or chewing tobacco is only permitted in designated areas of each Farmland facility. Spitting in the facility is not permitted.

**Clothing**

To maintain the highest degree of personal hygiene, each plant employee is required to wear a uniform as required by Farmland at all times during work hours. Uniforms must be kept clean, presentable and in a good state of repair. Employees not following clothing guidelines are subject to disciplinary action, up to and including discharge. Farmland reserves the right to determine, in each case, what constitutes grounds for immediate dismissal.

The following list outlines the general clothing requirements for plant personnel.

- All personnel must wear clean outer garments in production areas. Outer garments include frocks or, where approved, a uniform or sweatshirt. Uniforms must be 2- piece (no coveralls or overalls, allowed). Outer garments must be closed to cover street clothing. No street clothing may be worn (as outer garments).

- No dirty, ragged or loose clothing or outer garments will be worn.

- Outer garments are to be used in all exposed product areas and will not be worn off the premises or outside the areas designated by the facility.

- Outer garments will not have pockets in use above the waist (includes inside pockets).

- Shirts will have sleeves of at least T-shirt length unless covered by an outer garment.

- Shirts with buttons will be entirely buttoned to within 6 inches of the neck (buttons to be firmly attached).

FARMLAND002169

Plant Policies

- All shirts will be tucked into the trousers, or cover the top of the trousers with a neat straight tail.

- Trousers will not be so long as to touch the floor. Shorts (must be within 4" of knee) may be allowed on kill floor only (if approved by plant programs).

- Personnel changing out of street clothing must keep their clothing in the facilities provided. Street clothing may not be left in production areas.

- RTE frocks will be hung in the department prior to going to lunchrooms, rest rooms, locker rooms, etc.

- Personnel handling unpackaged finished product in pack areas or high contact areas must wear clean aprons and sleeves.

- Clean hooded sweatshirts may be used in bacon and fresh areas as long as an apron and disposable sleeves are worn when handling exposed finished product.

- Aprons, sleeves, arm guards and gloves which are required when handling exposed product will not be worn out of production areas, but are to be taken off and placed on racks. At the end of each day, aprons, sleeves and arm guards shall be washed and sanitized prior to storage, or discarded if disposable.

**Footwear**

Your plant may require you to wear rubber boots, rubber slip-ons or steel-toed boots. Please check with your supervisor and Human Resources. All footwear will be kept clean and in good repair. Footwear will be sanitized through a foamed floor or in a foot dip prior to entry into a production area. Employees will not carry equipment in footwear at any time.

**Personal Protective Equipment and Company Property**

Personal protective equipment will be issued in accordance with job specific requirements and must be worn while on the job. Any employee receiving company-assigned tools or equipment is responsible for their care, maintenance, and safekeeping. Issued equipment will be replaced due to normal wear or accidental breakage while in use. Lost, stolen, and/or damaged items will be replaced at the expense of the employee. Company property, no matter its size, may not be removed from the premises without written authorization.

**Cleaning Equipment**

It is your responsibility to keep your personal protective equipment cleaned and sanitized. Only clean equipment should be placed in the lockers. Equipment may be called for inspection and must be properly cleaned daily.

**Hand and Equipment Sanitizing**

All employees who work in departments with sanitizer sprays, foam, dips tanks, and footbaths must use them as applicable for hands, footwear, and equipment when entering and/or exiting the department.

FARMLAND002170

Plant Policies

---

**Lockers and Locker Inspections**

You will be assigned a locker.  There is a charge for lost locks.  You are expected to maintain your locker and its contents clean and free from potential sources of contamination, especially food.  The U.S. Department of Agriculture and/or management will periodically check your locker. Do not keep valuable items in your locker.  Lockers not in working order or damaged should be reported to your supervisor.  Periodically, you will be asked to remove all of your items from your locker so that the locker can be sanitized.  **Keep your locker locked.  Farmland is not responsible for lost or stolen items.**

The lockers assigned by Farmland for employees' use are the sole property of the company and may be opened and inspected by the company without prior notice given.  Any item discovered during a locker inspection, which indicates that a Federal or State law might have been violated or a company rule or regulation may have been breached, may be used by the company in any subsequent disciplinary action.

**Searches**

The company maintains the right to conduct a search of an employee's person in order to ensure compliance with company rules and regulations and protect health and safety.  The refusal to submit to such search will be cause for disciplinary action, up to and including termination.  A reasonable search may include the removal of an employee's garments where necessary. A member of that employee's opposite sex shall make no search of such employee.  Refusal to allow an inspection referred to herein may be reason for discipline, up to and including termination.

**Parking**

Vehicles must be parked in designated parking spaces.  Farmland assumes no responsibility for damage to vehicles, assault or injury to persons, or theft/damage to the contents of a vehicle entering, parking on, or exiting company property.  Employees are expected to follow all parking restrictions and speed limits while on company property.  Employees without the appropriate authorization or permit may not park in restricted or reserved slots.  Any vehicle parked in violation of company rules is subject to towing at the owner's expense.

**Telephones / Electronic Communication and Recording Devices**

There are pay phones located in Farmland plants for all employees to use during their break times.  Please instruct those who need to call you to do so only during emergency situations. Only during emergency situations will employees be allowed to leave their assigned jobs to use the telephone.  People who wish to relay emergency information to you must identify themselves, tell Human Resources the nature of the emergency, and leave the phone number.  The information will be relayed to you immediately, so you may return the call.  Your cooperation is essential.

The use and/or possession of cell phones, cameras, or any other electronic communication or recording device in any production, maintenance, or warehouse area in Farmland plants is prohibited.  This type of equipment is to be used by authorized personnel only.  Cell phones will be allowed in the locker rooms and cafeteria only.  Violations of this policy will be grounds for disciplinary action, up to and including termination.

FARMLAND002171

Plant Policies

---

**Computers, Electronic Mail, Voice Mail and Phones**

The company's computers, electronic mail system, voice mail system and phone system, like all other company equipment, are intended for use for company business and activities. This equipment and systems, and all information and messages stored on them including internet, e-mail and voice-mail messages sent, received or accessed via the company's systems, are company property.

All employees should understand that any information or messages, including personal information, stored or transmitted on company equipment or systems may be inspected, monitored, retrieved or copied at the company's discretion. Employees should recognize that they have no expectation of privacy with respect to use of this equipment for any personal purposes.

The company's policies against sexual and other harassment, discrimination and solicitation all apply fully to the company's computer, electronic and voice-mail systems. No computer, electronic mail or voice mail messages should be created, sent or stored on company equipment or systems or retrieved from the internet which may constitute intimidating, hostile or offensive material on the basis of sex, race, color, religion, national origin, age or disability.

Violation of these policies may lead to disciplinary action including discharge.

**Resigning From Farmland**

Farmland believes you will find your job rewarding but also realizes it may be necessary for some people, for a variety of reasons, to leave the company.

If you decide to leave Farmland, please advise your supervisor and Human Resources two weeks (2) prior to your date of departure to allow for an effective transition. Your final check and all final paperwork will be mailed to your home address once the company's system has been updated regarding your departure. Prior to leaving the company, you will be expected to return your company tools, identification card, credit card, keys, phones, computer laptops and any other company property.

FARMLAND002172

## Wages and Hours

**Hours of Work**

Work hours, breaks, and lunches are scheduled for each department. Your supervisor will inform you of any schedule changes. Employees must be at their appointed workstation, ready to work, at their scheduled starting time, and must remain at work until their shift is completed.

**Time Card Policy**

Your time card is your company identification card and is required to enter each Farmland facility. It is also needed to record your attendance at work. It is the basis for calculating your wages. You must have your timecard when reporting for work. If you do not have your timecard, you will be sent home to get it or you will need to report to Human Resources to purchase a new one. Points may be assessed under the attendance policy for tardy(s) and/or absences resulting from your failure to have your timecard. All employees are required to clock in prior to reporting to their workstation. This will insure that employees get paid accurately for the time worked. Employees are required to clock out when leaving the plant for any reason and must clock back in when returning.

Under no circumstances should you ever swipe the timecard of another employee or have someone swipe your timecard.

If you believe that you are not paid accurately (overpaid or underpaid) for the time worked, please notify your supervisor immediately so that corrective action may be taken. If you are not satisfied with the result, please notify Human Resources.

No exceptions to the rules will be made and each individual will be held accountable for the above proper timecard procedures. Violation of the timecard procedures may result in progressive discipline, up to and including termination of employment.

**Payroll**

Employees are paid on a weekly basis. All questions regarding payroll should be directed to your immediate supervisor. Direct deposit is available and encouraged for all employees. See Human Resources for more information.

**Garnishments**

Court orders being served on Farmland employees or on the company, as well as letters from creditors requesting the company's assistance in the collection of personal debts of an employee, will be handled by the Payroll Department. If a representative of a court or any governmental agency appears with a summons, subpoena, attachment, etc., pertaining to any investigations or suit, Human Resources is to be contacted immediately. If a letter from a creditor requesting the company's assistance in the collection of personal debts of an employee is received, the letter should be forwarded directly to the Payroll Department.

The company reserves the right to deduct a clerical and administrative fee per individual garnishment deduction.

**Employment Classifications**

Farmland follows established employment classifications so that employees understand their employment status and benefit eligibility. These classifications do not guarantee employment for any specified period of time. Accordingly, the right to terminate the employment relationship at will at any time is retained by both the employee and Farmland.

FARMLAND002173

Wages and Hours

Each employee is designated as either NONEXEMPT or EXEMPT from overtime provisions of the Fair Labor Standards Act and in accordance with applicable state laws. NONEXEMPT employees are entitled to overtime pay under specific provisions of the federal and state laws. EXEMPT employees are excluded from overtime pay requirements specified for NONEXEMPT employees.

*Full-Time Employees* are those who are regularly scheduled to work forty (40) hours or more per week and are so classified at the time of employment. Generally, they are eligible for Farmland's group health insurance and other benefits, subject to the terms, conditions, and limitations of each benefit program.

*Part-Time Employees* are those who are regularly scheduled to work less than 40 hours per week.

*Benefit-Eligible Part-Time Employees* are eligible for medical benefits if they are scheduled for at least 20 hours per week. Holiday pay will be paid on a prorated basis.

*Temporary (Contingent) Employees* are those who are assigned to a temporary position with a definite beginning and end date. Examples include, but are not limited to, summer help, employment related to a specific project or an internship. While they do receive all legally mandated benefits (such as Social Security and Workers' Compensation), they are ineligible for other company benefit programs, irrespective of hours worked per week. An employee should not be classified as a temporary employee for a period in excess of six (6) months. Any employee that is classified as temporary and the assigned work extends to or past a six (6) month period, must be reclassified.

**Payroll Deduction**

The company is required by law to deduct from your weekly pay all federal, state and local withholding taxes. All federal and state laws concerning an attachment (garnishment) of your wages by a creditor or for child support will be upheld. Employees are required to sign a payroll deduction form at the time of each in-house charge authorizing the company to deduct in-house charges from their paycheck.

Other than the deductions described above and deductions made at the request of the employee, the company generally prohibits deductions from the pay of exempt employees, except: (1) as allowed under the company's personal, FMLA and disability leave policies; (2) as allowed under the company's jury duty, witness duty and military leave policies; (3) as a penalty for violating significant safety rules; (4) under a disciplinary suspension; or (5) as a deduction from the weekly salary for a partially worked week in the first or last week of employment. Employees are expected to promptly report any improper deduction to Human Resources so that it can be investigated and corrected as appropriate.

FARMLAND002174

## Benefits

**Benefit Plans**

Farmland provides a broad range of benefit programs.  The insured plans may change from year to year.  Benefit coverage enhancements and modifications are announced in conjunction with the yearly re-enrollment process.

Details regarding specific benefit plans may be obtained from Human Resources.  Farmland reserves the right to amend, modify or terminate any employee benefit plan or program.

Descriptions of the benefit plans available to you are contained in separate booklets, which you should receive on your first day of work and at the time of each open enrollment.  The descriptions in this Handbook are brief summaries of some of the benefits and services currently available to eligible employees.

**Employee Assistance Program (EAP)**

Farmland offers a WorkLife balance program for those who may need counseling or advice on a variety of issues.  The WorkLife balance program can provide you with information on a wide range of topics/issues:

- Child care and elder care
- Alcohol and drug abuse
- Difficulties in relationships
- Stress and anxiety with work or family
- Depression
- Personal achievement
- Emotional well-being
- Financial and legal concerns
- Grief and loss

Assistance includes: telephone consultations, face-to-face consultations and online resources. The WorkLife balance program is available at no cost to you or your family.

EAP Confidentiality

- All records kept by the EAP staff are located in separate files in the EAP offices.  Records kept by the EAP staff will be treated as confidential.  EAP records will not become part of an employee's personnel file.
- EAP will afford confidentiality to self-referrals.  When an employee self-refers, management will be contacted only upon request by the employee.

Help is available via a toll-free number any time, day or night.  Resources are also available on-line.  For more information contact Human Resources.

FARMLAND002175

Benefits

---

**Travel Assistance**

Farmland offers travel assistance benefits whenever you are traveling 100 miles or more from home.  Farmland contracts with a third party provider to offer a comprehensive program of information, referral, assistance, transportation and evacuation services designed to help you respond to medical care situations and other emergencies that may arise during travel.  The program also offers pre-travel assistance, which provides access to information on topics including passport and visa requirements, foreign currency, and worldwide weather.

Service is available 24 hour a day, every day of the year.

For more information, contact Human Resources.

**Retirement Plan**

*Please see the specific plant attachment at the back of this Handbook.*

**Service Recognition**

Farmland shows its appreciation of your service to the company through a Service Recognition Program.  It is an expression of the company's thanks for your contributions to the goals of Farmland.

FARMLAND002176

## Time Away From Work

**Vacation, Funeral, Sick Leave, Holidays and Personal Holidays**

*Please see the specific plant attachments at the back of this Handbook.*

**Military Leave of Absence**

***Active Military Duty***
A leave of absence will be granted for military service in accordance with the Uniformed Services Employment and Re-employment Rights Act. It is the employee's responsibility to keep the company informed of his/her military status and current address. A copy of your military orders must be given to your supervisor and at that time, you will be informed of the proper procedures to follow.

***Reserve and National Guard Duty***
When an employee in an active reserve unit is required by written orders to participate in military training, he/she may do so without using vacation time. Arrangements should be made in advance with the employee's supervisor, at which time proper procedures to follow will be discussed.

**Family and Medical Leave Act (FMLA)**

In accordance with the law, the company provides Family and Medical Leave Act (FMLA) leave to eligible employees. To be eligible for FMLA leave, the employee must have worked for the company at least 1,250 hours during the twelve (12) month period immediately preceding commencement of the FMLA leave.

FMLA leave provides eligible employees up to twelve (12) weeks of unpaid, job-protected leave for certain family and medical reasons during a rolling twelve-month period. An employee who has paid leave available (i.e., unused vacation, sick or holiday leave accrued) must utilize that leave through the twelve (12) weeks of FMLA leave prior to taking unpaid time off. Leave may be granted for any of the following reasons:

- Because of the birth of a son or daughter of the employee and in order to care for such son or daughter;
- Because of the placement of a son or daughter with the employee for adoption or foster care;
- To care for a son or daughter, spouse, or parent with a serious health condition; or
- Because of the employee's own serious health condition, which prevents the employee from performing the essential functions of the employee's job.

"Serious health condition" generally means an illness, injury, impairment, or physical or mental condition that involves either inpatient care or continuing treatment by a health care provider. More specific information regarding what constitutes a serious health condition is available from Human Resources.

Available FMLA leave will be calculated on a "rolling year" measured backward from the date that an employee uses any FMLA leave. Company employees whose spouses are also employed by the company may be restricted to a combined total of twelve (12) weeks of FMLA leave where the leave is taken for birth, adoption, or placement of a child, or to care for a parent with a serious health condition.

Employees will be allowed to take FMLA leave intermittently or as a reduced-work schedule when medically necessary because of the employee's or a covered relative's serious health condition. The employee must consult with his or her supervisor to schedule time off for medical treatment, and the employee must make a reasonable effort to schedule intermittent leave so as not to

Farmland Foods, Inc.                              24                    Production Employee Handbook

FARMLAND002177

Time Away From Work

unduly disrupt company operations. All intermittent leave must be tracked and provided to the employee's supervisor and Human Resources.

FMLA leave taken because of the birth, adoption, or placement of a son or daughter may not be taken intermittently. Whether reduced schedule FMLA leave for the birth, adoption, or placement of a child will be allowed will be decided by the employee's supervisor, in conjunction with Human Resources on a case-by-case basis according to company needs.

Eligible employees should make requests for FMLA leave to their supervisors or Human Resources at least thirty (30) days in advance of foreseeable events and as soon as possible for unforeseeable events.

Employees requesting FMLA leave due to their own serious health condition or due to the serious health condition of a son or daughter, spouse, or parent, must submit a health care provider's statement verifying the need for FMLA leave, its beginning and expected ending dates, and other specified information. In some cases, the company may require a second or third opinion at the company's expense. In some cases, but no more often than every thirty (30) days, the company may require employees to provide re-certification of their need for FMLA leave.

All employees requesting FMLA leave must provide the necessary medical certification. In addition, employees may be required to provide return-to-work documentation.

Failure to comply with the notice and certification requirements of this policy may delay an employee's FMLA leave or render the employee ineligible for FMLA leave.

Medical information will be maintained separately from the employee's personnel records and will be kept confidential. Employees who improperly use or disclose such information will be subject to disciplinary action, including termination.

The company will continue to provide group health insurance benefits for the full period of approved FMLA leave. Paid holiday benefits, sick time and vacation time accrual will be suspended during unpaid FMLA leave and will resume upon return to active employment. Employees are responsible for paying their portion of benefits during FMLA leave in order not to disrupt continuation of benefits, where applicable.

An employee on FMLA leave must schedule the return to work by coordinating with the company. To make sure this happens, employees on FMLA leave are requested to provide the company with at least two (2) weeks advance notice of the date upon which they would like to return to work. The company will confirm the date with the employee and make the appropriate return-to-work arrangements. If the employee does not return to work on the agreed-upon return date and does not contact the company to reschedule a return date, the company will assume that the employee has resigned.

For more details about the company's Family and Medical Leave Act policy or to request leave, please contact Human Resources.

**Requests for Time Off**

Occasionally employees may need to be absent from work for a day or a portion of a day (to attend a physician's appointment, a school conference, or other personal activity). The employee should request the time off from his/her supervisor no less than three (3) days prior to the day in question or as soon as possible after the need for time off is determined. Employees must complete a written request form obtained from the Human Resources office or their supervisor. The supervisor will approve or deny these requests based on number of people previously

FARMLAND002178

## Time Away From Work

scheduled off for that same time, the projected workload in the department, and other factors as may be necessary to balance the needs of the employee with those of the company.

**Returning to Work after a Medical Leave**

If you are on medical leave or a long-term disability leave of absence, you must return to work when your doctor determines that you are able to resume normal duties.  Before returning to work and being reinstated to the active payroll, a physician's release is required.  Weekly contact with Human Resources is required during your absence.  A physician's release may also be required when returning to work from sick leave or other short-term, medically related absences.  Human Resources will advise you of this requirement.

FARMLAND002179

## Drug and Alcohol Free Workplace Policy

Farmland's intent and obligation is to provide a drug and alcohol-free, safe and secure work environment for its employees, vendors and guests.

**Policy**

Any use, possession (which includes having measurable traces in one's body or bodily fluids of illegal drugs or alcohol with a blood alcohol content at least .02 or higher), sale or distribution of illegal drugs, drug paraphernalia or alcohol on company premises, or reporting for work under the influence of drugs or alcohol is strictly prohibited and will result in immediate suspension pending further investigation that, if a violation of this policy is found, will result in discharge. The term "premises" includes on or in any work site (including parking lot), vehicle, or office owned, leased, or utilized by Farmland; it also includes employee owned vehicles on the property or leased property of the company.

**Responsibilities**

All Farmland employees are expected and required to report to work on time and in appropriate mental and physical condition for work unimpaired by illegal drug and/or alcohol use.  Some drugs obtained through lawful sources, including prescription drugs, may affect job performance. Employees who are taking medicine prescribed by their own physicians should carry it in a container labeled by a licensed pharmacist, indicating the doctor's name and the prescription number.  Whenever the employee is taking medicine that may cause drowsiness or otherwise affect job performance, they should advise their supervisor of any such possible side effects, and the supervisor will determine whether or not the employee is able to work safely.

Farmland is subject to the Drug-Free Workplace Act and/or state equivalents of that law.  In accordance with these laws, an employee is required to notify management of any conviction of a violation of any controlled substances law, before performing any further work *and* within five (5) calendar days after being convicted.  Farmland is then required to promptly report the conviction to the appropriate government agency.

**Post-Offer Substance Screening**

In order to attract and maintain the highest quality employees to meet our need to produce the highest quality meat products, and consistent with the company's commitment to provide optimal safety in our facility, the company intends to provide post-offer screening for illegal drug and alcohol use.  Job candidates who do not pass the drug and alcohol screen will be denied employment.

**Cause Testing**

All Farmland employees who cause or are injured in a workplace accident that results in the following will be tested for illegal drug and/or alcohol use:

    1)  An OSHA recordable injury
    2)  Property damage in excess of $500.00

In addition, whenever Farmland has cause to believe that a current employee is in violation of this policy, it may require testing as a condition of continued employment.  Refusal to take a drug and/or alcohol test in these circumstances will result in termination of employment.

FARMLAND002180

## Drug and Alcohol Free Workplace Policy

**Discipline**

Any violation of this drug and alcohol free workplace policy will result in termination.

Although not an exhaustive list, each of the following constitutes a violation of this policy, and may also constitute insubordination and/or failure to properly follow procedures:

- The use, possession, sale, distribution, dispensation or manufacture of any illegal drug (including legal drugs being used in an unlawful way), drug paraphernalia, or alcohol on or in Farmland property (including premises and vehicles) or on Farmland time, by employees or non-employees.

- A confirmed positive drug test or a confirmed positive alcohol test at the .02 level or higher.

- Failing or refusing to submit to a drug or alcohol test required by Farmland, including without limitation, failing to report to the collection site as scheduled without reason acceptable to Farmland or failing to provide an adequate specimen in sufficient quantity, as determined by Farmland, the collection site or testing laboratory.

- Failing or refusing to sign any required testing authorization form or other related document required by Farmland, the specimen collection site, or the testing laboratory.

- Failing or refusing to fully comply with any part of the testing process.

- Interfering in any way with testing procedures, including without limitation, making any attempt to distort or prevent accurate and reliable test results and providing any false information in connection with the test.

- Failing or refusing to fully cooperate in any search or investigation conducted or to be conducted under this policy.  Withholding relevant information regarding the conduct of other employees or persons who violate this policy or failing to disclose violations of this policy.

- Failing to fully comply with and cooperate in the enforcement of this policy (including, but not limited to, failure to submit to an alcohol or drug test when requested).

- Violating any other provision of this policy.

**Self-Referral**

Any Farmland employee who is not in violation of this policy may request Farmland's assistance in obtaining counseling and substance abuse rehabilitation.  Such requests will be treated confidentially and will not result in discipline.  If you need help with a substance abuse problem, please contact Human Resources immediately.

**Post-Rehabilitation Testing**

If an employee has requested to use a rehabilitation program to address a drug and/or alcohol problem, the employee is subject to post-rehabilitation testing for a reasonable period of time and at reasonable intervals as determined by Farmland, up to a maximum of two (2) years.

FARMLAND002181

Drug and Alcohol Free Workplace Policy

**Effect on Workers' Compensation Benefits**

The results of, or the employee's refusal to submit to, any chemical test required by this policy after a work-related accident or injury may affect the employee's eligibility for workers' compensation and benefits.  If an employee refuses to take a test following an accident or injury, or if an employee was intoxicated or under the influence of any controlled substance not prescribed by a physician at the time of the accident or injury, and the employee's intoxication or use of the controlled substances caused or contributed to the accident or injury, the employee may be denied workers' compensation benefits in whole or in part.

**Confidentiality**

Results of tests will be considered confidential and only those individuals involved in the matter or resolution of it will have information regarding the test results.  Access to test results will be limited to those who have a need to know.  Disclosure of test results to others is prohibited except if required or permitted under state law.

FARMLAND002182

Notes

FARMLAND002183

Receipt



I, (Print Name) _____(Date)_____,
received a copy of the Farmland Foods, Inc. Employee Handbook, Smithfield Code of Business
Conduct and Ethics and the following plant specific attachments:

1. Attendance Policy  *(specific to Farmland plants)*
2. Job Assignment   *(specific to Farmland plants)*
3. Vacation   *(specific to Farmland plants)*
4. Sick Benefits   *(specific to Farmland plants)*
5. Holidays and Personal Holidays   *(specific to Farmland plants)*
6. Funeral Leave   *(specific to Farmland plants)*
7. Work Rules   *(specific to Farmland plants)*
8. Retirement Plan
9. Drug and Alcohol Free Workplace Policy (if located in Iowa, Nebraska, or Utah)
10. Family and Medical Leave (FMLA)
11. Notice of Privacy Act (HIPPA)
12. COBRA Continuation Right

The Handbook, the Code and the plant attachments (if applicable) contain policies, practices and
regulations, which apply to me.  I agree to read the Handbook, the Code, and all the attachments
and follow them during my employment with Farmland.  I further understand that these policies,
practices, regulations and attachments may be amended, applied, interpreted, and departed from
by Farmland, at its discretion.  I also understand that nothing in this Handbook, the Code or the
specific plant attachments is intended to create a contract of employment of any kind.

I understand that my employment with Farmland may be terminated with or without notice, at any
time, and for any reason, at the option of Farmland or myself.  I understand that no other
Farmland employee has the authority to enter into any agreement contrary to the forgoing except
by a written document dated and signed by myself and an appointed corporate officer of
Farmland made for the express purpose of creating a specified contract of employment.

_____    _____    _____
Employee Signature                            Social Security Number                Date

_____    _____    _____
Farmland Representative                       Title                               Date

FARMLAND002184