# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES and MAURICIO GUARJARDO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FARMLAND FOODS, INC., a Delaware Corporation and subsidiary of Smithfield Foods,<br><br>Defendant. | Case No. 8:08-cv-504<br><br><br>ORDER |

This matter is before the Court on the parties' Joint Motion for Extension Of Time Regarding Briefing Schedule For Defendant's Motions For Summary Judgment Against Plaintiffs and Certain Opt-In Plaintiffs (Dkt Nos. 165, 169, 175 and 179). The Court has examined the Motion and, being fully advised, finds that the requested Order should be entered.

The parties' Joint Motion for Extension Of Time Regarding Briefing Schedule For Defendant's Motions For Summary Judgment Against Plaintiffs and Certain Opt-In Plaintiffs (Dkt. Nos. 165, 169, 175 and 179) is granted.

Plaintiffs' shall file their responses in opposition to Defendant's Motions For Summary Judgment Against Plaintiffs and Certain Opt-In Plaintiffs (Dkt. Nos. 165, 169, 175 and 179) on or before September 13, 2010, and Defendant shall file its replies in support of said motions on or before September 28, 2010. IT IS SO ORDERED.

Dated this 24th day of August, 2010

BY THE COURT:

*s/ Joseph F. Bataillon*
Chief United States District Judge