IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES and MAURICIO GUARJARDO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FARMLAND FOODS, INC., a Delaware Corporation and subsidiary of Smithfield Foods,<br><br>Defendant. | Case No. 8:08-cv-504<br><br>**ORDER** |

  This matter is before the Court on the parties' Joint Motion for Extension of Time (filing No. 222) Regarding Briefing Schedule for Defendant's Motion for Summary Judgment Dismissing with Prejudice All Claims Barred by the Statute of Limitations (filing No. 137). The Court has examined the Motion and, being fully advised, finds that the requested Order should be entered.

  The Joint Motion for Extension of Time (filing No. 222) Regarding Briefing Schedule for Defendant's Motion for Summary Judgment Dismissing with Prejudice All Claims Barred by the Statute of Limitations (filing No. 137) is granted. Plaintiffs' shall file their response in opposition to Defendant's Motion for Summary Judgment Dismissing with Prejudice All Claims Barred by the Statute of Limitations (filing No. 137) on or before September 17, 2010, and Defendant shall file its reply in support of said motion on or before October 29, 2010.

  IT IS SO ORDERED.

  Dated this 30th day of August, 2010

              BY THE COURT:

              *s/ Joseph F. Bataillon*
              Chief District Judge