IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARIA GUZMAN MORALES and MAURICIO GUARJARDO, | ) ) ) | |
| Plaintiffs, | ) ) ) | 8:08CV504 |
| vs. | ) ) | ORDER |
| FARMLAND FOODS, INC., a Delaware Corporation and subsidiary of Smithfield Foods, | ) ) ) ) ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Joint Motion for Extension Of Deadlines For Fact Discovery And Motions To Decertify Conditionally Certified FLSA Class (Filing No. 257). The court has examined the joint motion and, being fully advised, finds that the requested Order should be entered. The parties' joint motion is granted. The Court's Scheduling Order is hereby amended as follows:

| | |
|---|---|
| Class members' discovery responses due | November 15, 2010 |
| Defendants will provide list of deponents | November 24, 2010 |
| Fact discovery deadline | December 17, 2010 |
| A motion to decertify the conditionally certified FLSA class due | January 14, 2011 |
| Any opposition to motion to decertify due | February 18, 2011 |
| Any reply in support of motion to decertify due | March 11, 2011 |

**IT IS SO ORDERED.**

DATED this 1st day of October, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge