UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| **MARIA GUZMAN MORALES** and **MAURICIO GUARJARDO,** on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**FARMLAND FOODS, INC.,** a Delaware Corporation and subsidiary of Smithfield Foods,<br><br>Defendant. | Case No. 8:08-cv-504 |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2010, I served a true and correct copy of:

1. **AURELIA IBARRA DE AVALOS' SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**
2. **AURELIA IBARRA DE AVALOS' SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**
3. **MANUELA GARCIA'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**
4. **MANUELA GARCIA'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**
5. **JEFFREY PUTNAM'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**
6. **JEFFREY PUTNAM'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**
7. **ROMAN PLAKSIN'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**
8. **ROMAN PLAKSIN'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**

[X] **BY ELECTRONIC SERVICE** by electronically mailing a true and correct copy in PDF format through Schneider Wallace Cottrell Brayton Konecky LLP's electronic mail system to the email address(es) set forth below.

1

2

| | |
|---|---|
| Allison Balus<br>(abalus@bairdholm.com)<br>Baird Holm LLP<br>1500 Woodmen Tower<br>1700 Farnam Street<br>Omaha, NE 68102-2068 | L. Dale Owens<br>(owensd@jacksonlewis.com)<br>Jackson Lewis<br>1155 Peachtree Street, Suite 1000<br>Atlanta, GA  30309 |

November 15, 2010                             */s/ Carolyn H. Cottrell*
                                              CAROLYN H. COTTRELL
                                              CAL BAR NO. 166977
                                              Attorneys for Plaintiffs
                                              SCHNEIDER WALLACE
                                              COTTRELL BRAYTON KONECKY LLP
                                              180 Montgomery Street, Suite 2000
                                              San Francisco, California 94104
                                              Tel: (415) 421-7100
                                              Fax: (415) 421-7105
                                              ccottrell@schneiderwallace.com