UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES and MAURICIO GUARJARDO, on behalf of themselves and all other similarly situated,<br>Plaintiffs,<br><br>vs.<br><br><br>FARMLAND FOODS, INC., a Delaware Corporation and subsidiary of Smithfield Foods,<br>Defendant. | Case No. 8:08-cv-504 |

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2010, I served a true and correct copy of:

1. **ROMAN AGUILERA MEIJIA'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**
2. **ROMAN AGUILERA MEIJIA'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**
3. **CESAR LINARES' SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**
4. **CESAR LINARES' SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**
5. **FALLON HOWARD'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**
6. **FALLON HOWARD'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**
7. **JIMMIE SMITH'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**
8. **JIMMIE SMITH'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**
9. **ESCARLIN MANCIA-ALVARADO'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**
10. **ESCARLIN MANCIA-ALVARADO'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**
11. **MIREYA LUJAN'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

**12. MIREYA LUJAN'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**

**13. JOYCE TICNOR'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

**X BY ELECTRONIC SERVICE** by electronically mailing a true and correct copy in PDF format through Berger & Montague, P.C.'s electronic mail system to the email address(es) set forth below.

| | |
|---|---|
| Allison Balus | L. Dale Owens |
| (abalus@bairdholm.com) | (owensd@jacksonlewis.com) |
| Baird Holm LLP | Jackson Lewis |
| 1500 Woodmen Tower | 1155 Peachtree Street, Suite 1000 |
| 1700 Farnam Street | Atlanta, GA 30309 |
| Omaha, NE 68102-2068 | |

November 15, 2010

　　/s/ Shanon J. Carson
Shanon J. Carson (admitted *pro hac vice*)
BERGER & MONTAGUE, P.C.
Attorneys for Plaintiffs
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-4656
Fax: (215) 875-4604
scarson@bm.net