IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARIA GUZMAN MORALES and<br>MAURICIO R. GUAJARDO,<br><br>        Plaintiffs,<br><br>vs.<br><br>FARMLAND FOODS, INC., a Delaware<br>Corporation and subsidiary of<br>Smithfield Foods,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 8:08CV504<br><br><br><br>ORDER |

This matter is before the court on the parties' Second Joint Motion For Extension Of Deadlines For Fact Discovery And Motion To Decertify Conditionally Certified FLSA Class (Filing No. 270).  The court has examined the joint motion and, being fully advised, finds that the requested Order should be entered.  The parties' joint motion is granted.  The Court's Scheduling Order is hereby amended as follows:

| | |
|---|---|
| Class members' discovery responses due | January 7, 2011 |
| Defendants will provide list of deponents | January 19, 2011 |
| Fact discovery deadline | February 18, 2011 |
| A motion to decertify the conditionally certified FLSA class due | March 18, 2011 |
| Any opposition to motion to decertify due | April 18, 2011 |
| Any reply in support of motion to decertify due | May 9, 2011 |

**IT IS SO ORDERED.**

DATED this 18th day of November, 2010.

                                                                                        BY THE COURT:

                                                                              s/ Thomas D. Thalken
                                                                              United States Magistrate Judge