IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARIA GUZMAN MORALES and MAURICIO R. GUAJARDO, | ) ) ) | 8:08CV504 |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | ORDER |
| FARMLAND FOODS, INC., a Delaware Corporation and subsidiary of Smithfield Foods, | ) ) ) ) ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Third Joint Motion for Extension Of Deadlines For Fact Discovery And Motion To Decertify Conditionally Certified FLSA Class ([Filing No. 274](#)).  The court has examined the joint motion and, being fully advised, finds that the requested Order should be entered.  The parties' joint motion is granted.  The Court's Scheduling Order is hereby amended as follows:

| | |
|---|---|
| Class members' discovery responses due | February 18, 2011 |
| Defendants will provide list of deponents | March 7, 2011 |
| Fact discovery deadline | April 8, 2011 |
| A motion to decertify the conditionally certified FLSA class due | May 9, 2011 |
| Any opposition to motion to decertify due | June 6, 2011 |
| Any reply in support of motion to decertify due | June 20, 2011 |

**IT IS SO ORDERED.**

DATED this 20th day of January, 2011.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge