UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| **MARIA GUZMAN MORALES and MAURICIO GUARJARDO, on behalf of themselves and all other similarly situated,**<br><br>Plaintiffs,<br><br>vs.<br><br>**FARMLAND FOODS, INC., a Delaware Corporation and subsidiary of Smithfield Foods,**<br><br>Defendant. | Case No. 8:08-cv-504 |

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2011, I served a true and correct copy of:

1. **JOSEFA MORALES' SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

2. **DUC NGUYEN'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

3. **ELIJA DAVIS' SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

4. **ELLIOT FAIR'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

5. **MARLENE CASTRO-VENTO'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

6. **HAN NGUYEN'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

7. **IRMA ARREAGA'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

8. **BRUCE ATH'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

9. **GAGA KPRAZEON'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

**10. <u>ASHLEY WOUNDED ARROW'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES</u>**

**11. <u>CARLOS DELEON'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES</u>**

**X BY ELECTRONIC SERVICE** by electronically mailing a true and correct copy in PDF format through Berger & Montague, P.C.'s electronic mail system to the email addresses set forth below.

| | |
|---|---|
| Allison Balus | L. Dale Owens |
| (abalus@bairdholm.com) | (owensd@jacksonlewis.com) |
| Baird Holm LLP | Jackson Lewis |
| 1500 Woodmen Tower | 1155 Peachtree Street, Suite 1000 |
| 1700 Farnam Street | Atlanta, GA 30309 |
| Omaha, NE 68102-2068 | |

Dated:  February 17, 2011

By: /s/ Shanon J. Carson
Shanon J. Carson
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
Telephone:  (215) 875-3000
Facsimile:   (215) 875-4613

*Attorney for Plaintiffs and the Class*