UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES and MAURICIO GUARJARDO, on behalf of themselves and all other similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>FARMLAND FOODS, INC., a Delaware Corporation and subsidiary of Smithfield Foods,<br>    Defendant. | Case No. 8:08-cv-504 |

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2011, I served a true and correct copy of:

**PLAINTIFFS' AND CLASS MEMBERS' SUPPLEMENTAL ANSWERS AND OBJECTIONS TO DEFENDANT'S REQUESTS FOR ADMISSIONS**

[X] **BY ELECTRONIC SERVICE** by electronically mailing a true and correct copy in PDF format through Schneider Wallace Cottrell Brayton Konecky LLP's electronic mail system to the email addresses set forth below.

| | |
|---|---|
| Allison Balus<br>(abalus@bairdholm.com)<br>Baird Holm LLP<br>1500 Woodmen Tower<br>1700 Farnam Street<br>Omaha, NE 68102-2068 | L. Dale Owens<br>(owensd@jacksonlewis.com)<br>Jackson Lewis<br>1155 Peachtree Street, Suite 1000<br>Atlanta, GA 30309 |

| | |
|---|---|
| February 18, 2011 | _/s/ Carolyn H. Cottrell_<br>CAROLYN H. COTTRELL<br>CAL BAR NO. 166977<br>Attorneys for Plaintiffs<br>SCHNEIDER WALLACE<br>COTTRELL BRAYTON KONECKY LLP<br>180 Montgomery Street, Suite 2000<br>San Francisco, California 94104<br>Tel: (415) 421-7100<br>Fax: (415) 421-7105<br>ccottrell@schneiderwallace.com |