UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES and MAURICIO GUARJARDO, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FARMLAND FOODS, INC., a Delaware Corporation and subsidiary of Smithfield Foods,<br><br>Defendant. | Case No. 8:08-cv-504 |

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2011, I caused to be served a true and correct copy of:

1. **FRANCISCO PEREZ'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**
2. **JOHN GATLUAK'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**
3. **THOMAS DISNEY'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**
4. **JOHN GATLUAK'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**
5. **FRANCISCO PEREZ'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**
6. **JOSEFA MORALES' SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**
7. **HAN NGUYEN'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**
8. **MARLENE CASTRO'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**

9. **IRMA ARREAGA'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**
10. **GAGA KPRAZEON'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**
11. **CARLOS DELEON'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**
12. **BRUCE ATH'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**
13. **ASHLEY WOUNDED'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**
14. **ELLIOT FAIR'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**
15. **DUC NGUYEN'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**
16. **ELIJA DAVIS' SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**
17. **JOYCE TICNOR'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**
18. **TRANG NGUYEN'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**
19. **LISA SCHWAB'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**
20. **OPT-IN PLAINTIFF'S SUPPLEMENTAL ANSWERS AND OBJECTIONS TO DEFENDANT'S AMENDED FIRST REQUESTS FOR ADMISSIONS**

**X BY ELECTRONIC SERVICE** by electronically mailing a true and correct copy in PDF format through Berger & Montague, P.C.'s electronic mail system to the email addresses set forth below.

| | |
|---|---|
| Allison Balus | L. Dale Owens |
| (abalus@bairdholm.com) | (owensd@jacksonlewis.com) |
| Baird Holm LLP | Jackson Lewis |
| 1500 Woodmen Tower | 1155 Peachtree Street, Suite 1000 |
| 1700 Farnam Street | Atlanta, GA 30309 |
| Omaha, NE 68102-2068 | |

Dated: February 18, 2011

By: /s/ Shanon J. Carson
Shanon J. Carson
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4613

*Attorney for Plaintiffs and the Class*