UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES and MAURICIO GUARJARDO, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FARMLAND FOODS, INC., a Delaware Corporation and subsidiary of Smithfield Foods,<br><br>Defendant. | Case No. 8:08-cv-504 |

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2011, I served a true and correct copy of:

1. **TERESA KSIONZEK'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**
2. **TERESA KSIONZEK'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**

3. **CONFESOR TAPIA'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**
4. **CONFESOR TAPIA'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**

5. **PAMELA STARKEY'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**
6. **PAMELA STARKEY'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**

7. **WILLIAM PYPER'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**
8. **WILLIAM PYPER'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**

9. **FRANCISCO GARCIA MONTOYA'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

10. **FRANCISCO GARCIA MONTOYA'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**

11. **MIGUEL GARCIA'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

12. **MIGUEL GARCIA'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**

13. **MICHELLE CUNNINGHAM'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

14. **MICHELLE CUNNINGHAM'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**

15. **ORION BANDLOW'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

16. **ORION BANDLOW'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**

17. **ROBERT GRANNAS' SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

18. **ROBERT GRANNAS' SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**

[X] **BY ELECTRONIC SERVICE** by electronically mailing a true and correct copy in PDF format through Schneider Wallace Cottrell Brayton Konecky LLP's electronic mail system to the email addresses set forth below.

| | |
|---|---|
| Allison Balus (abalus@bairdholm.com) Baird Holm LLP 1500 Woodmen Tower 1700 Farnam Street Omaha, NE 68102-2068 | L. Dale Owens (owensd@jacksonlewis.com) Jackson Lewis 1155 Peachtree Street, Suite 1000 Atlanta, GA 30309 |

February 18, 2011

/s/ Carolyn H. Cottrell

CAROLYN H. COTTRELL
CAL BAR NO. 166977
Attorneys for Plaintiffs
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
ccottrell@schneiderwallace.com