UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| **MARIA GUZMAN MORALES** and **MAURICIO GUARJARDO**, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**FARMLAND FOODS, INC.**, a Delaware Corporation and subsidiary of Smithfield Foods,<br><br>Defendant. | Case No. 8:08-cv-504 |

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2011, I caused to be served a true and correct copy of:

1. **THOMAS DISNEY'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

2. **LISA SCHWAB'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

**X BY ELECTRONIC SERVICE** by electronically mailing a true and correct copy in PDF format through Berger & Montague, P.C.'s electronic mail system to the email addresses set forth below.

| | |
|---|---|
| Allison Balus<br>(abalus@bairdholm.com)<br>Baird Holm LLP<br>1500 Woodmen Tower<br>1700 Farnam Street<br>Omaha, NE 68102-2068 | L. Dale Owens<br>(owensd@jacksonlewis.com)<br>Jackson Lewis<br>1155 Peachtree Street, Suite 1000<br>Atlanta, GA 30309 |

Dated: February 23, 2011

By: /s/ Shanon J. Carson
Shanon J. Carson
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4613
*Attorney for Plaintiffs and the Class*