## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | |
|---|---|
| **MARIA GUZMAN MORALES and MAURICIO GUARJARDO**, on behalf of themselves and all other similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>**FARMLAND FOODS, INC.**, a Delaware Corporation and subsidiary of Smithfield Foods,<br>　　　　　　Defendant. | Case No. 8:08CV504<br><br>**NOTICE OF WITHDRAWAL OF CONSENTS TO JOIN COLLECTIVE ACTION** |

### NOTICE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The following individuals have indicated in writing to counsel for Plaintiffs that they wish to withdraw their consents to join this collective action:

1. Be Sha
2. Vahida Hurko
3. Roger Ksionzek
4. Mirna Martinez

Attached as Exhibit A to this Notice is the Declaration of Neil G. Bjorkman, attached to which are the true and correct copies of the Declarations of Opt-In Plaintiffs who wish to withdraw their consents to join this collective action.

March 1, 2011                              Respectfully submitted,


      /s/ Carolyn H. Cottrell
CAROLYN H. COTTRELL
Attorneys for Plaintiffs and the Class

Todd M. Schneider (admitted *pro hac vice*)
Carolyn H. Cottrell (admitted *pro hac vice*)
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
tschneider@schneiderwallace.com
ccottrell@schneiderwallace.com

Shanon J. Carson (admitted *pro hac vice*)
Russell D. Henkin (admitted *pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-4656
Fax: (215) 875-4604
scarson@bm.net

Philip A. Downey (admitted *pro hac vice*)
The Downey Law Firm, LLC
P.O. Box 1021
Unionville, PA 19375
Tel: (610) 324-2848
Fax: (610) 813-4579
downeyjustice@gmail.com

Christopher P. Welsh (State Bar No. 22279)
WELSH & WELSH, PC, LLO
9290 West Dodge Road
100 The Mark
Omaha, Nebraska 68114
Tel: (402) 384-8160
Fax: (402) 384-8211
cwelsh@welsh-law.com


Attorneys for Plaintiffs and the Class