IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES and MAURICIO GUARJARDO, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>FARMLAND FOODS, INC., a Delaware Corporation and subsidiary of Smithfield Foods,<br><br>        Defendant. | Case No. 8:08-cv-504-JFB-TDT |

## INDEX OF EVIDENCE

    Exhibit A    Guzman Morales and Alfaro Motion to Reopen Bankruptcy

    Exhibit B    Radin Motion to Reopen Bankruptcy

    Exhibit C    Snyder Motion to Reopen Bankruptcy

    Exhibit D    Docket of Patricia Ann Beetem and Ronald Beetem Bankruptcy, Case No. 10-43214-TLS

    Exhibit E    Beetem Bankruptcy Schedules

    Exhibit F    Beetem Discharge of Debtor

Dated:  March 3, 2011                            Respectfully submitted,

                                                            /s Shanon J. Carson
                                                             Shanon J. Carson
                                                              Russell D. Henkin
                                                              Sarah R. Schalman-Bergen
                                                              BERGER & MONTAGUE, P.C.
                                                               1622 Locust Street

Philadelphia, PA  19103
(215) 875-3000
(215) 875-4604 (Facsimile)

Todd M. Schneider
Carolyn H. Cottrell
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 3000
San Francisco, CA  94104
(415) 421-7100
(415) 421-7105 (Facsimile)

WELSH & WELSH LAW FIRM
Christopher P. Welsh
9290 West Dodge Road
100 The Mark
Omaha, NE 68114
(402) 384-8160
Fax: (402) 384-8211

DOWNEY LAW FIRM
Philip A. Downey
P.O. Box 736
1555 Embreeville Road
Unionville, PA  19375
(610) 324-2848
(610) 347-1073 (Facsimile)

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES and MAURICIO GUARJARDO, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>     vs.<br><br>FARMLAND FOODS, INC., a Delaware Corporation and subsidiary of Smithfield Foods,<br><br>                Defendant. | Case No. 8:08-cv-504-JFB-TDT |

## **DECLARATION OF SHANON J. CARSON**

       This Declaration is being submitted in support of Plaintiffs' Status Report Regarding Bankruptcy Plaintiffs.

       1.      My name is Shanon J. Carson. I am over the age of eighteen and am competent to make this Declaration.

       2.      I am a Shareholder at the law firm Berger & Montague, P.C., and I represent Plaintiffs and the Class in the above-captioned case.

       3.      Following the Court's February 1, 2011 Order, Plaintiffs' undersigned attorneys promptly contacted all of the attorneys who represented the individual Plaintiffs in their bankruptcy cases to request that these attorneys file appropriate documents with the U.S. Bankruptcy Court for the District of Nebraska.

       4.      Attached as Exhibit A is Maria Guzman Morales and Sebastian Alfaro's Motion to Reopen their bankruptcy case.

3

5. Attached as Exhibit B is Robert Lamar Radin's Motion to Reopen his bankruptcy case.

6. Attached as Exhibit C is Kenneth Scott Snyder's Motion to Reopen his bankruptcy case.

7. Attached as Exhibit D is a copy of the Docket of Patricia Ann Beetem and Ronald Beetem's Bankruptcy, Case No. 10-43214-TLS.

8. Attached as Exhibit E is a copy the Beetem Debtor's Schedules.

9. Attached as Exhibit F is a copy of the Discharge of Debtor ordered by the U.S. Bankruptcy Court for the District of Nebraska in the Beetem's bankruptcy.

10. Plaintiffs will file a further status report with the court when the remaining bankruptcy plaintiffs' cases have been resolved and will inform the court of the Bankruptcy Court's decisions.

According to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of March, 2011

/s/ Shanon J.Carson
Shanon J. Carson