IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARIA GUZMAN MORALES and
MAURICIO GUARJARDO, on behalf
of themselves and all others                           8:08CV504
similarly situated,

                                                                                            ORDER

        Plaintiffs,

    v.

FARMLAND FOODS, INC.,

        Defendant.

This matter is before the Court on the parties' Fourth Joint Motion for Extension of Deadlines for Fact Discovery and Motion to Decertify Conditionally Certified FLSA Class (Filing No. 310).  The Court has examined the Motion and, being fully advised, finds that the requested Order should be entered.

The parties' Fourth Joint Motion for Extension of Deadlines for Fact Discovery and Motion to Decertify Conditionally Certified FLSA Class is granted.  The fifteen deposition limit imposed by the Court does not apply to the depositions of expert witnesses.  Further, the Court's Scheduling Order is hereby amended as follows:

| | |
|---|---|
| Class members' discovery responses due | April 7, 2011 |
| Fact discovery deadline | June 9, 2011 |
| A motion to decertify the conditionally certified FLSA class due | August 1, 2011 |
| Opposition to motion to decertify due | September 15, 2011 |
| Reply in support of motion to decertify due | September 29, 2011 |

The Court establishes the following schedule for expert discovery:

| | |
|---|---|
| Defendant's deadline to take Dr. Mericle's deposition | April 6, 2011 |
| Defendant's deadline to submit any expert reports other than for damages issues | May 2, 2011 |

| | |
|---|---|
| Plaintiffs' deadline to depose Defendant's expert(s), other than for damages issues | May 26, 2011 |
| Plaintiffs' deadline to submit any rebuttal expert reports as to Defendant's expert reports served on issues other than damages | 30 days after service of Defendant's complete expert report(s) |
| Defendant's deadline to depose Plaintiffs' rebuttal expert | 21 days after service of Plaintiffs' complete report |
| Plaintiffs' deadline for disclosure of their damages expert and service of expert report | May 23, 2011 |
| Defendant's deadline to depose Plaintiffs' damages expert | 30 days after Plaintiffs' service of complete damages expert report |
| Defendant's deadline to disclose damages expert(s) and serve expert report(s) | 45 days after Plaintiffs' service of complete damages expert report |
| Plaintiffs' deadline to depose Defendant's damages expert(s) | 21 days after Defendant's service of complete damages expert reports |
| Plaintiffs' deadline to disclose any rebuttal expert regarding damages and serve reports | 30 days after Defendant's service of complete damages expert reports |
| Defendant's deadline to depose Plaintiffs' rebuttal expert regarding damages | 21 days after Plaintiffs' service of complete damages expert rebuttal reports |

**IT IS SO ORDERED.**

DATED this 30th day of March, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge