UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES and MAURICIO GUARJARDO, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FARMLAND FOODS, INC., a Delaware Corporation and subsidiary of Smithfield Foods,<br>Defendant. | Case No. 8:08CV504<br><br>NOTICE OF WITHDRAWAL OF CONSENT TO JOIN COLLECTIVE ACTION |

## NOTICE

### TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The following individual has indicated in writing to counsel for Plaintiff that he wishes to withdraw his consent to join this collective action:

1. **CAI HUYNH**

Attached as Exhibit A to this Notice is the Declaration of Carolyn H. Cottrell, attached to which is a true and correct copy of the Declaration of the Opt-In Plaintiff who wishes to withdraw his consent to join this collective action.

April 6, 2011

Respectfully submitted,

_____/s/ Carolyn H. Cottrell_____
CAROLYN H. COTTRELL
Attorneys for Plaintiffs and the Class

Todd M. Schneider (admitted *pro hac vice*)
Carolyn H. Cottrell (admitted *pro hac vice*)
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax:(415)421-7105
tschneider@schneiderwallace.com
ccottrell@schneiderwallace.com

Shanon J. Carson (admitted *pro hac vice*)
Russell D. Henkin (admitted *pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-4656
Fax: (215) 875-4604
scarson@bm.net

Philip A. Downey (admitted *pro hac vice*)
The Downey Law Firm, LLC
P.O. Box 1021
Unionville, PA 19375
Tel: (610) 324-2848
Fax: (610) 813-4579
downeyjustice@gmail.com

Christopher P. Welsh (State Bar No. 22279)
WELSH & WELSH, PC, LLO
9290 West Dodge Road
100 The Mark
Omaha, Nebraska 68114
Tel: (402) 384-8160Fax: (402) 384-8211
cwelsh@welsh-law.com

Attorneys for Plaintiffs and the Class

**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES and MAURICIO GUARJARDO, on behalf of themselves and all other similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>FARMLAND FOODS, INC., a Delaware Corporation and subsidiary of Smithfield Foods,<br>        Defendant. | Case No. 8:08CV504<br><br>DECLARATION OF CAROLYN H. COTTRELL REGARDING THE TRANSLATION OF OPT-IN PLAINTIFF'S DECLARATION |

I, Carolyn H. Cottrell, declare as follows:

1. I am a partner in the law firm of Schneider Wallace Cottrell Brayton Knoecky LLP, attorneys of record in the instant action. I am an attorney duly licensed to practice law in the State of California, and I am a member in good standing of the State Bar of California. I am admitted to the United States District Courts for the Northern Eastern, Central and Southern Districts of California, and I am a member of the Bar of the United States Supreme Court.

2. Attached as Exhibit A is a true and correct copy of Cai Huynh's Declaration to withdraw his consent to join this collective action.

3. Attached as Exhibit B to this Declaration is a true and correct copy of Cai Huynh's Declaration, which served as the document that was translated into Vietnamese by a professional translation service.

I declare under penalty of perjury under the laws of the United States that the

foregoing is true and correct. Executed on 5th day of April, 2011.

April 6, 2011                           Respectfully submitted,


                                        _____/s/ Carolyn H. Cottrell_____
                                        CAROLYN H. COTTRELL

**EXHIBIT A**

TÒA ÁN LIÊN BANG KHU VỰC
ĐẶT TẠI NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES và MAURICIO GUARJARDO, thay mặt cho họ và tất cả những người trong tình trạng tương tự,<br><br>    Đương đơn,<br><br>    kiện<br><br>FARMLAND FOODS, INC., Smithfield Foods tổng công ty và công ty con tại Delaware,<br><br>    Bị đơn. | Số hồ sơ 8:08-cv-504<br><br>LỜI TUYÊN BỐ CỦA Ông HUỲNH CAI |

Tôi, Huỳnh Cai, xin tuyên bố nơi đây rằng:

1. Tôi trên 18 tuổi và tôi hoàn toàn tự tin để thực hiện lời tuyên bố này.
2. Tôi có kiến thức cá nhân về những dữ kiện nêu trong tuyên bố này, và những dữ kiện trong tuyên bố này là đúng sự thật.
3. Tôi cư ngụ tại Lincoln, Nebraska.
4. Tôi đã trình sự thỏa thuận tham dự vụ kiện trên đây với tư cách người đương đơn tự nguyện.
5. Sự thỏa thuận tham dự vào vụ kiện này của tôi đã được nộp tại tòa này.
6. Tôi không muốn là đương đơn trong vụ kiện này nữa, và tôi xin rút lại sự thỏa thuận tham dự trong vụ kiện.
7. Luật sư của tôi đã cho tôi biết rằng việc rút lại sự thỏa thuận sẽ dẫn đến sự hủy bỏ tất cả những thỉnh cầu của tôi.

Tôi xin thề, dưới hình phạt cho tội khai man theo luật pháp Hoa Kỳ, rằng những lời khai trên đây là đúng sự thật. Được thực hiện vào ngày 6 tháng Ba, 2011. tại Lincoln, Nebraska.

_____
Huỳnh Cai

THÔNG BÁO RÚT ĐƠN KIỆN

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES and MAURICIO GUARJARDO, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>FARMLAND FOODS, INC., a Delaware Corporation and subsidiary of Smithfield Foods,<br><br>　　　　　Defendant. | Case No. 8:08-cv-504<br><br>**DECLARATION OF HUYNH CAI** |

I, Huynh Cai, hereby declare:

1. I am over 18 years of age and am fully competent to make this declaration.
2. I have personal knowledge of the facts stated in this declaration, and the facts in this declaration are true and correct.
3. I reside in Lincoln, Nebraska.
4. I submitted a consent to join the above captioned lawsuit as an opt-in plaintiff.
5. My consent to join this lawsuit was filed with this Court.
6. I no longer wish to be a plaintiff in this lawsuit, and I would like to withdraw my consent to join this action.
7. My attorneys have advised me that withdrawal of my consent will result in the dismissal of all of my claims.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on ___ of March, 2011 at Lincoln, Nebraska.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Huynh Cai

NOTICE OF WITHDRAWAL