IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARIA GUZMAN MORALES and<br>MAURICIO R. GUAJARDO, | )<br>)<br>) | 8:08CV504 |
| Plaintiffs, | )<br>) | |
| vs. | )<br>) | ORDER |
| FARMLAND FOODS, INC., | )<br>) | |
| Defendant. | ) | |

This matter is before the court following a telephone conference with counsel on May 13, 2011. Representing the plaintiffs were Carolyn H. Cottrell and Shanon J. Carson. Representing the defendant was L. Dale Owens. Following a discussion with counsel as to the progress of the case,

**IT IS ORDERED:**

1. **Trial** of this matter is scheduled to commence, at the court's call, during the week of **March 19, 2012**, in Omaha, Nebraska, before the Honorable Joseph F. Bataillon and a jury. Unless otherwise ordered, jury selection shall be at the commencement of trial. The trial is expected to take two weeks.

2. **The Final Pretrial Conference** with the undersigned magistrate judge is set for **February 17, 2012, at 1:00 p.m.,** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The final pretrial conference shall be attended by lead counsel for represented parties. Counsel shall complete prior to the pretrial conference, all items as directed in NECivR 16.2.[1] By the time of the pretrial conference, full preparation for trial shall have been made so that trial may begin immediately thereafter. The pretrial conference will include a **discussion of settlement**, and counsel shall be prepared through investigation, discovery and communication with clients and insurers, if any, to discuss fully the subject of settlement, including realistic expectations about liability, obstacles to agreement, offers made, and offers which can be

---

[1] All personal information should be redacted from the public version of the order and/or attachments filed with the clerk. **See** NECivR 5.0.3.

made at the conference.  <u>Counsel shall be prepared to make additional offers or proposals for settlement in behalf of their clients at the pretrial conference, and counsel shall be prepared to make or opine on recommendations for further negotiations and conferences</u>.

     3.     The court will hold a telephone conference with counsel at **1:00 p.m. on August 18, 2011**, in order to discuss the progress of the case and to schedule any remaining deadlines before trial.  Counsel for the plaintiffs shall initiate the telephone conference.

     4.     **On or before June 28, 2011**, the plaintiffs shall file a status report as to the bankruptcy status of any plaintiff.

     DATED this 16th day of May, 2011.

                                    BY THE COURT:

                                    s/ Thomas D. Thalken
                                  United States Magistrate Judge