IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES and MAURICIO R. GUAJARDO, ) ) ) | |
| Plaintiffs, ) ) | 8:08CV504 |
| vs. ) ) | ORDER |
| FARMLAND FOODS, INC., ) ) | |
| Defendant. ) | |

This matter is before the Court on the parties' Joint Stipulation Regarding Expert Witness Deadlines. The Court has examined the Stipulation and, being fully advised, finds that the requested Order should be entered. The parties' Joint Stipulation Regarding Expert Witness Deadlines is granted. The Court's Scheduling Order of March 30, 2011 (Filing No. 311) is hereby amended as follows:

1. Plaintiffs' deadline to depose Defendant's expert, other than for damages issues, shall be June 3, 2011.

2. Plaintiffs' deadline to submit any rebuttal expert report as to Defendant's expert reports served on issues other than damages shall be June 10, 2011.

3. Defendant's deadline to depose Plaintiffs' rebuttal expert shall be July 15, 2011.

4. Plaintiffs' deadline for disclosure of their damages expert and service of expert report shall be June 8, 2011.

5. Defendant's deadline to depose Plaintiffs' damages expert shall be July 22, 2011

6. Defendant's deadline to disclose damages expert(s) and serve expert report(s) shall be August 8, 2011.

7. Plaintiffs' deadline to depose Defendant's damages expert(s) shall be August 29, 2011.

8. Plaintiffs' deadline to disclose any rebuttal expert regarding damages and serve reports shall be September 12, 2011.

9. Defendant's deadline to depose Plaintiffs' rebuttal expert regarding damages shall be September 29, 2011.

**IT IS SO ORDERED.**

DATED this 31st day of May, 2011.

BY THE COURT:
 s/ Thomas D. Thalken
United States Magistrate Judge