UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| **MARIA GUZMAN MORALES and MAURICIO GUARJARDO**, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**FARMLAND FOODS, INC.**, a Delaware Corporation and subsidiary of Smithfield Foods,<br><br>Defendant. | Case No. 8:08-cv-504 |

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2011, I served a true and correct copy of:

**RESPONSE TO REPORT SUBMITTED TO JACKSON LEWIS, LLP BY JEFFREY E. FERNANDEZ IN THE MATTER OF MORALES ET AL. V. FARMLAND FOODS, INC. – SUBMITTED BY: KENNETH S. MERICLE**

**BY ELECTRONIC SERVICE** by electronically mailing a true and correct copy in PDF format through Schneider Wallace Cottrell Brayton Konecky LLP's electronic mail system to the email addresses set forth below.

| | |
|---|---|
| Allison Balus<br>BAIRD HOLM LLP<br>1500 Woodmen Tower<br>1700 Farnam Street<br>Omaha, NE 68102-2068<br>abalus@bairdholm.com | L. Dale Owens<br>JACKSON LEWIS<br>1155 Peachtree Street, Suite 1000<br>Atlanta, GA 30309<br>owensd@jacksonlewis.com |

June 10, 2011

*/s/ Carolyn H. Cottrell*
Carolyn H. Cottrell (*pro hac vice*)
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100; Fax: (415) 421-7105
ccottrell@schneiderwallace.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2011 I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| Allison D. Balus | abalus@bairdholm.com |
| Jonathan D. Berger | jdberger@bm.net |
| Shanon J. Carson | scarson@bm.net |
| Carolyn H. Cottrell | ccottrell@schneiderwallace.com |
| Steven D. Davidson | sdavidson@bairdholm.com |
| Philip A. Downey | downeyjustice@gmail.com |
| Russell D. Henkin | rhenkin@bm.net |
| Chris Lauderdale | lauderdc@jacksonlewis.com |
| L. Dale Owens | owensd@jacksonlewis.com |
| Todd M. Schneider | tschneider@schneiderwallace.com |
| Christopher P. Welsh | cwelsh@welsh-law.com |
| James R. Welsh | jwelsh@welsh-law.com |

Date: June 10, 2011

Respectfully submitted,

 s/ *Carolyn Cottrell*
Carolyn H. Cottrell (*pro hac vice*)
Cal Bar #166977
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
ccottrell@schneiderwallace.com

Attorneys for Plaintiffs