IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES, On behalf of themselves and all other similarly situated individuals, and MAURICIO GUAJARDO, On behalf of themselves and all other similarly situated individuals,<br><br>    Plaintiffs,<br><br>  v.<br><br>FARMLAND FOODS, Inc.,<br><br>    Defendant. | 8:08CV504<br><br>ORDER |

  This matter is before the court on Filing No. 340, captioned motion to dismiss.  The Court has reviewed the motion and finds  it is in reality a motion to compel, and the  issue presented is similar to one recently addressed by Magistrate Judge Thomas Thalken.  Consequently, the Court is going to deem this a motion to compel and refer it to Judge Thomas Thalken for disposition.

  IT IS ORDERED that Filing No. 340 is deemed a motion to compel and is referred to the magistrate judge for disposition.

  DATED this 25th day of July, 2011.

          BY THE COURT:


         s/ Joseph F. Bataillon
         Chief United States District Judge