IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES and MAURICIO GUARJARDO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FARMLAND FOODS, INC., a Delaware Corporation and subsidiary of Smithfield Foods,<br><br>Defendant. | Case No. 8:08-cv-504 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2011, I served a true and correct copy of:

1. KBAH HTOO'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

2. KBAH HTOO'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

3. KBAH HTOO'S SUPPLEMENTAL ANSWERS AND OBJECTIONS TO DEFENDANT'S AMENDED FIRST REQUESTS FOR ADMISSIONS

4. JAMES LASU'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

5. JAMES LASU'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

6. JAMES LASU'S SUPPLEMENTAL ANSWERS AND OBJECTIONS TO DEFENDANT'S AMENDED FIRST REQUESTS FOR ADMISSIONS

7. MARTIN MADUOK'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

8. MARTIN MADUOK'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

9. MARTIN MADUOK'S SUPPLEMENTAL ANSWERS AND OBJECTIONS TO DEFENDANT'S AMENDED FIRST REQUESTS FOR ADMISSIONS

10. DIT MAJOK'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

11. DIT MAJOK'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

12. DIT MAJOK'S SUPPLEMENTAL ANSWERS AND OBJECTIONS TO DEFENDANT'S AMENDED FIRST REQUESTS FOR ADMISSIONS

13. BEAL NYAKOUTH'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

14. BEAL NYAKOUTH'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

15. BEAL NYAKOUTH'S SUPPLEMENTAL ANSWERS AND OBJECTIONS TO DEFENDANT'S AMENDED FIRST REQUESTS FOR ADMISSIONS

16. NOE VELASQUEZ'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

17. NOE VELASQUEZ'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

18. NOE VELASQUEZ'S SUPPLEMENTAL ANSWERS AND OBJECTIONS TO DEFENDANT'S AMENDED FIRST REQUESTS FOR ADMISSIONS

19. GERALDINE WALLER'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

20. GERALDINE WALLER'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION

21. GERALDINE WALLER'S SUPPLEMENTAL ANSWERS AND OBJECTIONS TO DEFENDANT'S AMENDED FIRST REQUESTS FOR ADMISSIONS

**BY ELECTRONIC SERVICE** by causing an electronic mailing of a true and correct copy in PDF format through Schneider Wallace Cottrell Brayton Konecky LLP's electronic mail system to the email addresses set forth below:

| | |
|---|---|
| Allison D. Balus<br>Steven D. Davidson<br>BAIRD HOLM LLP<br>1500 Woodmen Tower<br>Omaha, NE 68102-2068<br>Telephone: (402) 344-0500<br>Facsimile: (402) 344 0588<br>abalus@bairdholm.com<br>sdavidson@bairdholm.com | L. Dale Owens<br>JACKSON LEWIS LP<br>1155 Peachtree Street, NE, Suite 1000<br>Atlanta, GA 30309-3600<br>Telephone: (404) 525-8200<br>Facsimile: (404) 525-1173<br>owensd@jacksonlewis.com |
| D. Christopher Lauderdale<br>JACKSON LEWIS LP<br>1 Liberty Square<br>55 Beattie Place, Suite 800<br>Greenville SC 29601-2168<br>Telephone: (864) 232-7000<br>Facsimile: (864) 235-1381<br>lauderdalec@jacksonlewis.com | |

Dated:   August 22, 2011

/s/ *Carolyn H. Cottrell*
Carolyn H. Cottrell (admitted *pro hac vice*)
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
ccottrell@schneiderwallace.com

Attorney for Plaintiffs and the Class