IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES and MAURICIO GUAJARDO,<br><br>  Plaintiffs,<br><br>vs.<br><br>FARMLAND FOODS, INC., a Delaware Corporation and subsidiary of Smithfield Foods,<br><br>  Defendant. | 8:08CV504<br><br>ORDER |

This matter is before the Court on the parties' Fifth Joint Motion for Extension of Deadlines for Discovery Responses of Remaining Fifty-Seven Opt-In Plaintiffs and Motion to Decertify Conditionally Certified FLSA Class (Filing No. 356).  The Court has examined the parties' Motion and, being fully advised, finds that the requested Order should be entered.  The parties' joint motion is granted.

The Court's Scheduling Order of July 21, 2011, (Filing No. 344) is hereby amended as follows:

| | |
|---|---|
| Last day for remaining randomly chosen fifty-seven opt-in plaintiffs to provide complete discovery responses to previously served discovery or show cause why sanctions, which may include dismissing the claims of those individual plaintiffs, should not be imposed pursuant to Fed. R. Civ. P. 37 | September 7, 2011 |

Furthermore, the Court's Scheduling Order of August 1, 2011 (Filing No. 348) is hereby amended as follows:

| | |
|---|---|
| Motion to decertify conditionally certified FLSA class due | September 23, 2011 |
| Response to motion to decertify due | November 7, 2011 |
| Reply in support of motion to decertify due | November 21, 2011 |

**IT IS SO ORDERED.**

DATED this 2nd day of September, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge