IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES and MAURICIO GUARJARDO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FARMLAND FOODS, INC., a Delaware Corporation and subsidiary of Smithfield Foods,<br><br>Defendant. | Case No. 8:08-cv-504 |

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2011, I served a true and correct copy of:

1. **RAQUEL GARCIA DEL CARMEN'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

2. **RAQUEL GARCIA DEL CARMEN'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**

3. **RAQUEL GARCIA DEL CARMEN'S SUPPLEMENTAL ANSWERS AND OBJECTIONS TO DEFENDANT'S AMENDED FIRST REQUESTS FOR ADMISSIONS**

4. **MARTIN DE JESUS DOMINGUEZ'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

5. **MARTIN DE JESUS DOMINGUEZ'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**

6. **MARTIN DE JESUS DOMINGUEZ'S SUPPLEMENTAL ANSWERS AND OBJECTIONS TO DEFENDANT'S AMENDED FIRST REQUESTS FOR ADMISSIONS**

7. **JANE GIBSON'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

8. **JANE GIBSON'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**

9. **JANE GIBSON'S SUPPLEMENTAL ANSWERS AND OBJECTIONS TO DEFENDANT'S AMENDED FIRST REQUESTS FOR ADMISSIONS**

10. **HANH NGUYEN'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

11. **HANH NGUYEN'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**

12. **HANH NGUYEN'S SUPPLEMENTAL ANSWERS AND OBJECTIONS TO DEFENDANT'S AMENDED FIRST REQUESTS FOR ADMISSIONS**

13. **JUAN MANUEL MORA ROMERO'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

14. **JUAN MANUEL MORA ROMERO'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**

15. **JUAN MANUEL MORA ROMERO'S SUPPLEMENTAL ANSWERS AND OBJECTIONS TO DEFENDANT'S AMENDED FIRST REQUESTS FOR ADMISSIONS**

16. **MATTHEW SPANJER'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

17. **MATTHEW SPANJER'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**

18. **MATTHEW SPANJER'S SUPPLEMENTAL ANSWERS AND OBJECTIONS TO DEFENDANT'S AMENDED FIRST REQUESTS FOR ADMISSIONS**

19. **HIEN QUANG TRUONG'S SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

20. **HIEN QUANG TRUONG'S SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION**

21. **HIEN QUANG TRUONG'S SUPPLEMENTAL ANSWERS AND OBJECTIONS TO DEFENDANT'S AMENDED FIRST REQUESTS FOR ADMISSIONS**

**BY ELECTRONIC SERVICE** by causing an electronic mailing of a true and correct copy in PDF format through Schneider Wallace Cottrell Brayton Konecky LLP's electronic mail system to the email addresses set forth below:

| | |
|---|---|
| Allison D. Balus<br>Steven D. Davidson<br>BAIRD HOLM LLP<br>1500 Woodmen Tower<br>1700 Farnam Street<br>Omaha, NE 68102-2068<br>Tel: (402) 344-0500<br>Fax: (402) 344-0588<br>abalus@bairdholm.com<br>sdavidson@bairdholm.com | L. Dale Owens<br>JACKSON LEWIS LLP<br>1155 Peachtree Street NE, Suite 1000<br>Atlanta, GA 30309-3630<br>owensd@jacksonlewis.com<br>Tel: (404) 525-8200<br>Fax: (404) 525-1173<br>owensd@jacksonlewis.com |
| Kenneth M. Wentz III<br>JACKSON LEWIS LLP<br>10050 Regency Circle, Suite 400<br>Omaha, NE 68114<br>Tel: (402) 391-1991<br>Fax: (402) 391-7363<br>wentzk@jacksonlewis.com | D. Christopher Lauderdale<br>JACKSON LEWIS LLP<br>1 Liberty Square<br>55 Beattie Place, Suite 800<br>Greenville, SC 29601-2168<br>Tel: (864) 232-7000<br>Fax: (864) 235-1381<br>lauderdalec@jacksonlewis.com |

Dated: September 7, 2011

/s/ Carolyn H. Cottrell
Carolyn H. Cottrell (admitted *pro hac vice*)
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
ccottrell@schneiderwallace.com

Attorney for Plaintiffs and the Class