IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES & MAURICIO R. GUARJARDO, *On behalf of themselves and all other similarly situated individuals,*<br><br>Plaintiffs,<br><br>v.<br><br>FARMLAND FOODS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  CASE NO. 8:08-cv-504<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT FARMLAND FOODS, INC.'S INDEX OF EVIDENCE IN SUPPORT OF ITS MOTION TO RE-SET A DEADLINE FOR ALL DISCOVERY MOTIONS**

Defendant Farmland Foods, Inc. ("Farmland"), pursuant to NECivR 7.0.1(a)(2), identifies the following evidentiary materials offered in support of its Motion to Re-Set a Deadline for All Discovery Motions.  In support of this Motion, Farmland submits the Declaration of L. Dale Owens and the following materials attached thereto:

1. A true and correct copy of the "Declaration of L. Dale Owens."  (Ex. A.)

2. A true and correct copy of the "Declaration of Allison D. Balus." (Ex. B.)

3. A true and correct copy of the "Declaration of Kenneth M. Wentz III".  (Ex. C.)

4. A true and correct copy of the website pages of Plaintiffs' counsel Schneider Wallace Cottrell Brayton Konecky LLP.  (Ex. C-1.)

5. A true and correct copy of the website pages of Plaintiffs' counsel Berger & Montague, P.C. including the biography of Shanon J. Carson, Esq.  (Ex. C-2).

Respectfully submitted this 11th day of November, 2011.

/s/ Kenneth M. Wentz III
Kenneth M. Wentz III (NE # 23580)
Jackson Lewis LLP
10050 Regency Circle, Suite 400
Omaha, Nebraska 68114
Tel: (402) 391-1991
Fax: (402) 391-7363
wentzk@jacksonlewis.com

L. Dale Owens, Esq.
Admitted *Pro Hac Vice*
Georgia Bar No. 557482
JACKSON LEWIS LLP
1155 Peachtree Street, NE, Suite 1000
Atlanta, GA 30309-3600
Tel: (404) 525-8200
Fax: (404) 525-1173
owensd@jacksonlewis.com

Steven D. Davidson, Esq. (NE # 18684)
Allison D. Balus, Esq. (NE # 23270)
BAIRD HOLM, LLP
1500 Woodmen Tower
1700 Farnam Street
Omaha, Nebraska 68102-2068
Tel: (402) 636-8254
Fax: (402) 344-0588
sdavidson@bairdholm.com
abalus@bairdholm.com
ATTORNEYS FOR DEFENDANT
FARMLAND FOODS, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES & MAURICIO R. GUARJARDO, *On behalf of themselves and all other similarly situated individuals,*<br><br>Plaintiffs,<br><br>v.<br><br>FARMLAND FOODS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  CASE NO. 8:08-cv-504<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2011, I served the foregoing **DEFENDANT FARMLAND FOODS, INC.'S INDEX OF EVIDENCE IN SUPPORT OF ITS MOTION TO RE-SET A DEADLINE FOR ALL DISCOVERY MOTIONS** via electronic filing. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Carolyn H. Cottrell
    Christopher P. Welsh
    James R. Welsh
    Philip A. Downey
    Shanon J. Carson
    Todd M. Schneider

I hereby certify also that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None.

*/s/ Kenneth M. Wentz III*
Kenneth M. Wentz III (NE # 23580)
Jackson Lewis LLP
10050 Regency Circle, Suite 400
Omaha, Nebraska 68114
Tel: (402) 391-1991
Fax: (402) 391-7363
wentzk@jacksonlewis.com

4850-8482-5102, v. 1