IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES & <br> MAURICIO R. GUARJARDO, <br><br> Plaintiffs, <br><br> v. <br><br> FARMLAND FOODS, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )    CASE NO. 8:08-cv-504 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT FARMLAND FOODS, INC.'S MOTION TO
RE-SET A DEADLINE FOR ALL DISCOVERY MOTIONS**

Defendant, Farmland Foods, Inc. ("Farmland"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 16 and 37, and NECivR 16.1(a), files this Motion to Re-Set a Deadline for All Discovery Motions. In support of this motion, Farmland shows the court as follows:

1. On October 23, 2009, this Court exercised its authority and set a discovery motion deadline corresponding to the original August 31, 2010, deposition deadline. (Filing No. 91.)

2. When the discovery deadline was extended, the corresponding discovery motion deadline was vacated, and to date the Court has not yet re-set that deadline.

3. Discovery in this matter closed June 9, 2011. Trial of this matter is scheduled for March 2012.

4. A discovery motion deadline is important so that all discovery issues, including alleged document production issues, can be presented to the Court well in advance of trial. This is necessary to protect the parties from unfairness and so the trial is not disrupted or

1

delayed due to discovery issues that a party does not raise until the eve of trial or, worse yet, after the jury is empanelled.

   5. Pursuant to NECivR 16.1(a), the magistrate judge may enter an order setting a discovery motion deadline.

   Pursuant to Fed. R. Civ. P. 16, NECivR 16.1(a), the brief and declarations filed in support of this motion, Farmland respectfully submits that good cause exists for the Court to re-set a discovery motion deadline.

   Respectfully submitted this 11th day of November, 2011.

          /s/ Kenneth M. Wentz III
          Kenneth M. Wentz III (NE # 23580)
          Jackson Lewis LLP
          10050 Regency Circle, Suite 400
          Omaha, Nebraska 68114
          Tel: (402) 391-1991
          Fax: (402) 391-7363
          wentzk@jacksonlewis.com

          L. Dale Owens, Esq.
          Admitted *Pro Hac Vice*
          Georgia Bar No. 557482
          JACKSON LEWIS LLP
          1155 Peachtree Street, NE, Suite 1000
          Atlanta, GA 30309-3600
          Tel: (404) 525-8200
          Fax: (404) 525-1173
          owensd@jacksonlewis.com

          Steven D. Davidson, Esq. (NE # 18684)
          Allison D. Balus, Esq. (NE # 23270)
          BAIRD HOLM, LLP
          1500 Woodmen Tower
          1700 Farnam Street
          Omaha, Nebraska 68102-2068
          Tel: (402) 636-8254
          Fax: (402) 344-0588
          sdavidson@bairdholm.com
          abalus@bairdholm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES & MAURICIO R. GUARJARDO, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| FARMLAND FOODS, INC. | ) ) |
| Defendant. | ) ) ) |

CASE NO. 8:08-cv-504

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2011, I served the foregoing **DEFENDANT FARMLAND FOODS, INC.'S MOTION TO RE-SET A DEADLINE FOR ALL DISCOVERY MOTIONS** via electronic filing. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Carolyn H. Cottrell
    Christopher P. Welsh
    James R. Welsh
    Philip A. Downey
    Shanon J. Carson
    Todd M. Schneider

   I hereby certify also that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

   None.

           */s/ Kenneth M. Wentz III*
           Kenneth M. Wentz III (NE # 23580)
           Jackson Lewis LLP
           10050 Regency Circle, Suite 400
           Omaha, Nebraska 68114
           Tel: (402) 391-1991
           Fax: (402) 391-7363
           wentzk@jacksonlewis.com

           ATTORNEY FOR DEFENDANT
           FARMLAND FOODS, INC.

4812-4800-8971, v.  1