IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARIA GUZMAN MORALES, et al.,** | ) | |
| | ) | 8:08CV504 |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **FARMLAND FOODS, INC.,** | ) | ORDER |
| a Delaware Corporation and | ) | |
| subsidiary of Smithfield Foods, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge on February 8, 2012, by Carolyn H. Cottrell, counsel for the plaintiffs,

**IT IS ORDERED that:**

1. **On or before March 9, 2012**, the parties shall electronically file a Motion for Preliminary Approval of Settlement and supporting documents or a joint stipulation for dismissal and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order on such motion. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The pretrial conference and trial previously scheduled are cancelled and the plaintiffs' Motion to Compel (Filing No. 405) is terminated upon the representation that this case is settled.

DATED this 8th day of February, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge