IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES and MAURICIO GUARJARDO, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>FARMLAND FOODS, INC., a Delaware Corporation and subsidiary of Smithfield Foods,<br><br>  Defendant. | Case No. 8:08-cv-504-JFB-TDT |

**ORDER GRANTING**
**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Having considered the parties' Stipulation of Dismissal Without Prejudice with respect to Opt-In Plaintiff Barakat Merzah,

IT IS HEREBY ORDERED that Opt-In Plaintiff Barakat Merzah's claims against Farmland Foods, Inc. in the above captioned matter are dismissed without prejudice.

ENTERED this 1st day of August, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge