IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARIA GUZMAN MORALES and MAURICIO GUARJARDO, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

FARMLAND FOODS, INC., a Delaware Corporation and subsidiary of Smithfield Foods,

Defendant.

Case No. 8:08-cv-504-JFB-TDT

**FINAL ORDER OF APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE OF THE COLLECTIVE ACTION**

The Parties in this action have submitted a Joint Motion for Final Approval of The Collective Action Settlement. Upon consideration of the motion, as well as the declarations submitted in support of the motion; the parties' prior briefing regarding the settlement; the notices to class members; all other settlement documents and the pleadings in the case as a whole; and any argument at the Final Fairness Hearing, and having concluded that the settlement and accompanying notices are a fair and reasonable resolution of a *bona fide* dispute, the Court hereby enters the following order:

IT IS HEREBY ORDERED THAT:

1. The Court grants final approval of the parties' Settlement Agreement and Release ("Settlement Agreement") (Dkt. No. 425-3).

2. The Court further finds that the Settlement Agreement was reached following meaningful discovery and investigation conducted by Class Counsel; the Settlement Agreement

is a result of adversarial, arms'-length negotiation between the parties; and the terms of settlement in all respects are fair, adequate, and reasonable. In so finding, the Court considered evidence presented regarding the merits of the Plaintiffs' case, the risk, expense and complexity of the claims presented, the likely duration of further litigation, the amount offered in settlement, the extent of investigation and discovery completed, and the experience and views of Class Counsel. The Court further considered the one objection and one request for exclusion to the proposed settlement by Class Members. After full consideration, the Court finds that this settlement provides substantial benefits to the participating class members for the claims alleged in the complaint. The settlement is a fair, reasonable and adequate resolution of a *bona fide* dispute.

3. The Court grants Plaintiffs' request for service awards of $5,000.00 each to the two Named Plaintiffs, Maria Guzman Morales and Mauricio Guajardo, and individual service awards of $2,500.00 each of the Opt-In Plaintiffs (other than the two Named Plaintiffs) who gave a deposition in this case, Michael Calkin, Elija Davis, Tom Disney, Tammi Filipi, John Gatlauk, John Hochstein, Josefa Morales, Jose Quiroz, Robert Radin and Manuel Valdez. The Court finds that these service awards are fair and reasonable based on the assistance that the Named Plaintiffs and Opt-In Plaintiffs provided to Plaintiffs' Counsel on behalf of the Class.

4. The Court also finds that the designated *cy pres* recipient, The Omaha office of Nebraska Legal Aid, is reasonable and appropriate.

5. Class Member Barakat H. Merzah (Employee ID 212729) submitted a request to opt out of the settlement in accordance with Section VI.B.9 of the Settlement Agreement. Accordingly, he will not receive any settlement funds but instead is hereby dismissed without prejudice under Fed. R. Civ. P. 41, pursuant to Section VI.B.9 of the Settlement Agreement.

6. The following Class Members did not submit a Claim Form to the Claims Administrator which was timely or which the parties jointly agree to deem timely. In keeping with Farmland's election pursuant to Section VI.B.9 of the Settlement Agreement, these persons are hereby dismissed without prejudice under Fed. R. Civ. P. 41:

| Employee ID | First Name | Last Name |
|---|---|---|
| 103941 | NHUNG THI HONG | NGUYEN |
| 208800 | RAPHAEL | OBARI |
| 212978 | SUZANNE C | BUCKENDAHL |
| 208797 | IVAN DE JESUS | OSLAN-SANTIAGO |
| 206656 | KAMIL O | KISHEIB |
| 213284 | HUGO A | RIVERA-BELIZ |
| 403410 | RUTH ELENA | RAMIREZ |
| 401495 | JUAN ANIVAL | ORTEGA-VALLADARES |
| 101795 | ORALIA | OLIVO |
| 213025 | JEKOW T | RUALMIM |
| 212366 | NAYIBE R | MOLINA |
| 208096 | MUZIN M | ABDALLAH |
| 204224 | WILDER R | MOLINA-ORTEGA |
| 400761 | GAGA | KPRAZEON |
| 212319 | JARED D | FONDELL |
| 214239 | JEFFREY G | LONG |
| 213925 | JANE | GIBSON |
| 210858 | NEFTALI | SOLARES-MARROQUIN |
| 207439 | LUAL A L | AJANG |
| 209852 | DAMARIS | FLORES-GONZALEZ |
| 210401 | AN BANG | DUONG |
| 209156 | JAMES N | LASU |
| 212425 | CHRISTOPHER A | HARRISON |
| 207925 | VICTORIA Y | RAGE |
| 208258 | ABEL | REVOLORIO |
| 200958 | CARLOS A | DELEON |
| 205389 | AHREN S | AMBROSE |
| 202260 | DARAKHSHAN | MORADI |
| 209146 | CRISTINA | LOPEZ |
| 103915 | CESAR A | LINARES |
| 208628 | CHUOL | PADOL |
| 201056 | NOE D | VELASQUEZ |
| 208193 | MANUEL | XON-MORALES |
| 205129 | SUAD O | KISHEIB |
| 208693 | SANTOS | RAMOS |
| 214468 | GABRIEL G | MANUEL |

| | | |
|---|---|---|
| 214551 | ENEZ | HADJI |
| 209435 | JOHN L | YUAL |
| 203379 | CARMEN | ESCALANTE |
| 213462 | CHANTEL L | WICKWIRE |
| 101658 | ABRAN | VILLALOBOS |
| 400372 | PAE | PAE |
| 209712 | EHTI GAW | DAH |
| 214175 | RODA M | GAI |
| 200800 | JAMES M | GOP |

7. The following Class Members submitted a Claim Form to the Claims Administrator which was timely or which the parties jointly agree to deem timely. The claims of these persons are hereby dismissed with prejudice under Fed. R. Civ. P. 41. After the Claims Administrator makes the calculations of Settlement Shares as to said Class Members and notifies Farmland of said amounts, Farmland shall deposit with the Claims Administrator the amounts attributable to said Class Members, together with the employer's lawful share of FICA and FUTA taxes on one-half of said amounts:

| Employee ID | First Name | Last Name |
|---|---|---|
| 100384 | MAI T | NGO |
| 100466 | NOLBIA L | PRUDOT |
| 100472 | LEONARDO G | NAVA |
| 100473 | JUANA A | RAMIREZ |
| 100490 | NYARIAL T | THON |
| 101502 | ALFONSO | MEZA-C |
| 101559 | PAMELA A | STARKEY |
| 101648 | BENNY C | KILSON |
| 102282 | DAVID | VALDEZ |
| 102337 | JANICE E | BENTS |
| 102428 | NYAKUOTH | BEAL |
| 103012 | MARICELA | ROMO |
| 103148 | NGUYEN THANH | NGUYEN |
| 103632 | THAM VAN | NGUYEN |
| 103765 | KIM C | STEPHENS |
| 103793 | ROGER A | OBERMIER |
| 103804 | DAVID L | THOMPSON |
| 103856 | ANH VAN | DUONG |
| 103991 | JOYCE | TICNOR |
| 104000 | LARRY J | ROBINSON |

| | | |
|---|---|---|
| 104012 | CAROL M | KOTAS |
| 104035 | BRIAN J | GARTZKE |
| 104051 | AMY SUE | DEVOR |
| 104055 | DAVID | ROGERS |
| 104096 | SON VAN | TRAN |
| 104120 | HUYENTRAN NGOC | HUYNH |
| 104123 | NGUYET THI | NGUYEN |
| 104156 | ELSA | TESFAMICHAEL |
| 104186 | MARTIN N | MADUOK |
| 104223 | JERALD J | SAURER |
| 104236 | MICHAEL J | CALKIN |
| 104238 | TAMMIE A | FILIPI |
| 104251 | EDDIE D | FOWLER |
| 104267 | KEVIN L | TICNOR |
| 104289 | LYNDA | STASTNY |
| 104299 | THAIS R | BREJCHA |
| 104320 | DAVID W | INDERLIED |
| 104341 | SHEILA M | RENSCHLER |
| 104342 | JASON K | DENKER |
| 104346 | TERESA | KSIONZEK |
| 104347 | DIEP VAN | NGUYEN |
| 104370 | DUC P | NGUYEN |
| 104534 | BRIAN S | LUKERT |
| 104573 | MATTHEW | SPANJER |
| 104678 | HUONG DUY | NGUYEN |
| 104737 | GERALDINE L | WALLER |
| 104755 | MICHELLE R | SCHULTZ |
| 105193 | DIANNE M | STOWELL |
| 105256 | DEBRA L | SPANJER |
| 105639 | SEBASTIAN | ALFARO |
| 105855 | RAQUEL | DEL CARMEN GARCI |
| 105912 | CELSO | VALDES |
| 106079 | IRMA C | ARREAGA |
| 106199 | MARTIN | DE JESUS DOMINGU |
| 106285 | MARIA | GUZMAN-MORALES |
| 106598 | CARLOS | HERNANDEZ PINEDA |
| 200216 | MIGUEL A | GARCIA |
| 200533 | JUAN | MORA-ROMERO |
| 200642 | BRUCE | ATH |
| 200903 | NESTORA O | GOMEZ |
| 201228 | GUADALUPE | ACOSTA |
| 201445 | HIEN QUANG | TRUONG |
| 202165 | STEPHEN T | JUD |
| 202826 | JOSE A | QUIROZ |
| 202906 | AHMED A | SHAN |
| 202986 | ALICIA | GARCIA |

| | | |
|---|---|---|
| 202997 | OBEDE L | LASU |
| 203174 | DENG R | AGANG |
| 203183 | FRANCISCO J | GARCIA-MONTOYA |
| 203438 | VIRGINIA Y | FLORES |
| 203464 | JOHN A | KOR |
| 203516 | ELENA | TELLEZ |
| 203637 | ROMAN E | AGUILERA-MEJIA |
| 204331 | ILSER N | MENDEZ-LOPEZ |
| 204482 | ROBERT J | GRANNAS |
| 204865 | HUE THI | NGUYEN |
| 204970 | MAURICIO R | GUAJARDO |
| 205124 | THOMAS L | DISNEY |
| 205251 | PETR A | KOROL |
| 205326 | ARTURO | PULIDO-PRIETO |
| 205399 | MARLENE | CASTRO-VENTO |
| 207025 | JOSE J | PULIDO |
| 207032 | RHONDA R | FONDELL |
| 207141 | DAVID L | JOHN |
| 207548 | JOSE R | CUBANO-VICENTE |
| 207636 | EL FATEH K | OSMAN |
| 207638 | PETRO | BOYARCHUK |
| 207639 | MIGUEL A | MORALES |
| 207640 | JOSEFA D | MORALES |
| 208208 | JOHN K | NGUTH |
| 208502 | YECENIA L | ESCOBAR-ARRIAGA |
| 208543 | JAMES A | WEL |
| 208584 | MANUELA | GARCIA |
| 208590 | ROMAN A | PLAKSIN |
| 208698 | WOL O | YAK |
| 209041 | JAMES K | NYOK |
| 209145 | ESCARLIN M | MANCIA-ALVARADO |
| 209148 | JOSE L | ULLOA-ALVARADO |
| 209153 | MARTHA N | JOCK |
| 209847 | OFELIA | PEREZ |
| 209848 | FRANCISCO | PEREZ |
| 209975 | ROSEMARY | SANDERS |
| 210248 | MIREYA | LUJAN |
| 210409 | JIMMIE D | SMITH |
| 210485 | PETER P | RIEK |
| 210549 | ABDOURAHMANE Y | LAM |
| 210667 | SERHIY P | ANDRIYASHYN |
| 210671 | MAJOK D | DIT |
| 210731 | ASHLEY W | WOUNDED ARROW |
| 212491 | ORION J | BANDLOW |
| 212596 | JOSUE L | AMAYA |
| 212668 | JOHN C | GATLUAK |

| | | |
|---|---|---|
| 212725 | FALLON D | HOWARD |
| 212833 | JEFFREY L | PUTNAM |
| 213129 | JODY R | MARKUT |
| 213193 | MARCUS D | JEFFERSON |
| 213299 | ELIJA J | DAVIS |
| 213667 | WILLIAM M | PYPER |
| 213804 | ADESSA A | KNICKERBOCKER |
| 213918 | LUCIO | SANCHEZ |
| 213978 | NYACHOAT C | GUANGONG |
| 214315 | JOHN P | HOCHSTEIN |
| 214317 | ANGELA L | GRAHAM |
| 214461 | TUT KUETH | KET |
| 214607 | IRENE | GOODWIN |
| 214613 | DAVID L | TELLEZ |
| 400116 | SOE | NEI |
| 401158 | PATRICIA | BEETEM |
| 401501 | LUIS R | CASTRO |
| 101627 | TIMMY | PARKER |
| 105609 | VILMA A | HIDALGO |
| 204628 | PETER B | BILIEW |
| 205205 | MARIA JIMENEZ DE | GUTIERREZ |
| 207737 | NESTOR | PINEDA |
| 208247 | AMANDA L | DOOLITTLE |
| 210555 | MEMPHIS K | MENSAH |
| 214409 | RHONDA J | WHITNEY |
| 401496 | HUONG NGOC | NGUYEN |
| 104126 | HANH KIM | NGUYEN |
| 213130 | JIMMY L | LIVINGSTON |

8. The following Class Members did not submit a Claim Form to the Claims Administrator which was timely or which the parties jointly agree to deem timely. The claims of these persons are hereby dismissed with prejudice under Fed. R. Civ. P. 41. After the Claims Administrator makes the calculations of Settlement Shares as to said Class Members and notifies Farmland of said amounts, Farmland shall pay the Settlement Awards for the persons listed below in a lump sum directly to the Omaha office of Legal Aid of Nebraska, the mutually-agreed *cy pres* recipient.

| Employee ID | First Name | Last Name |
|---|---|---|
| 214105 | RICARDO M | PERALES |

| | | |
|---|---|---|
| 213360 | ROBERT | MASOLO-MAVANGA |
| 209157 | TOMAS | VENDRELL S |
| 214248 | ANYATH | AMAU |
| 209004 | ROBERTO M | ACOSTA |
| 401168 | THAN | ZAW |
| 214057 | WAH SOE | PAW |
| 106346 | MARTIN | JUNES-RIOS |
| 207142 | ADAM A | SABIL |
| 401181 | SERHIY | RATUSHKO |
| 400101 | MAY | HTOO |
| 214467 | MINH TAM | THUY LY |
| 214252 | KUO CHEN | LI |
| 213916 | ALBINA | GARCIA-JIMENEZ |
| 213465 | XE THI | LE |
| 213359 | RICHARD | MBONGO-MAKETA |
| 212834 | SAMUEL | BROWNE |
| 212655 | XUYEN THI | DINH |
| 212594 | MUAMER | BALAS |
| 210113 | HTOO | BAW |
| 209550 | QUOC Q | DOAN |
| 209038 | JULIA | OSORIO |
| 104294 | ALAN J | BERNASEK |
| 204785 | BRIAN G | BITENIEKS |
| 205337 | TAHIR N | AL-IBRAHIM |
| 103687 | JOSE A | GARCIA |
| 208498 | MIRIAN | BARILLAS |
| 106036 | MARLENE | BENAVIDES |
| 103703 | NGOC TRUC THI | NGUYEN |
| 104462 | VIRGINIA | ADAME DE LOPEZ |
| 106545 | ENA | AGUIRRE-REGALADO |
| 106188 | MARIO | BORRAYO |
| 106018 | YOLANDA | COLIN |
| 103846 | THANG T | DANG |
| 100934 | ROSA M | DIAZ |
| 203170 | ANNA | DO |
| 104468 | TUNG VUONG MANH | DOAN |
| 104311 | STEVEN L | EMPFIELD |
| 106413 | GLORIA | GUTIERREZ |
| 103649 | IBRO | HURKO |
| 104455 | AURELIA | IBARRA DE AVALOS |
| 103694 | MUNEVERA | IBRICIC |
| 100433 | ABDULAH | KAVAZ |
| 100434 | IVANA | KAVAZ |
| 104358 | TIME XUAN | KIM |
| 202002 | LOC TAN | MA |
| 200033 | MY TUYET THI | MAI |

| | | |
|---|---|---|
| 103925 | HONG THI | NGUYEN |
| 103899 | MAIRA Y | PADILLA |
| 204289 | NORMA E | PEREZ-MENDEZ |
| 104350 | TAMMY | RUIZ |
| 201808 | KEFAYAT | SABETRASEKH |
| 105541 | PAULO | SOLTERO |
| 203932 | CONFESOR C | TAPIA |
| 208202 | THUYTRINH THI | TO |
| 201008 | LUYEN THI | TRAN |
| 103603 | PHUOC VAN | TRAN |
| 200917 | MANUEL | VALDEZ |
| 103761 | GORDON J | VLASAK |
| 104257 | FRANK W | WEISS |
| 201346 | KAWTHER I | YOUNIS |

9. The parties are directed to comply with the terms of the Settlement Agreement as construed and implemented by this Order.

10. The claims administrator, Rust Consulting, Inc. is directed to disburse funds in compliance with the terms of the Settlement Agreement as construed and implemented by this Order.

11. Final judgment is hereby entered dismissing this action with prejudice, reserving only the issue of attorney' fees and expenses as provided below.

12. The Named Plaintiffs' and Class Members' Motion for Attorneys' Fees and Expenses shall be filed ten (10) days after the Effective Date. Farmland Foods' response shall be due thirty (30) days after the later of the date of filing of said Motion and all supporting materials or the Effective Date, and the Named Plaintiffs and Class Members shall have thirty (30) days to file their reply.

ENTERED this 2nd day of August, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge