IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES and MAURICIO GUARJARDO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FARMLAND FOODS, INC., a Delaware Corporation and subsidiary of Smithfield Foods,<br><br>Defendant. | Case No. 8:08-cv-504-JFB-TDT |

## FINAL JUDGMENT

As set forth more fully in the Final Order of Approval of Settlement and Dismissal with Prejudice of the Collective Action, the Court hereby enters final judgment dismissing this action, reserving only the issue of attorneys' fees and expenses.

ENTERED this 2nd day of August, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge