IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES and MAURICIO GUARJARDO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FARMLAND FOODS, INC., a Delaware Corporation and subsidiary of Smithfield Foods,<br><br>Defendant. | Case No. 8:08-cv-504-JFB-TDT<br><br>**MOTION OF CO CLASS COUNSEL PHILIP A. DOWNEY FOR HIS RESPECTIVE ATTORNEYS' FEES AND EXPENSES** |

Philip A. Downey, co class counsel for the Plaintiffs, pursuant to Federal Rule of Civil Procedure 23(h) and as set forth in the parties' Settlement Agreement, respectfully seeks an approval of his attorneys' fees and an award of attorneys' fees in the amount of $55,755, plus out-of-pocket costs in the amount of $2068.73. For reasons more fully explained in the accompanying brief, Downey files this motion separate and apart from the motion of co Class Counsel, Berger Montague and Schneider Wallace. Support for the instant motion is set forth in the accompanying memorandum of law, which is incorporated herein.

Date: September 10, 2012					Respectfully submitted,


							/s/ Philip A. Downey_____
							Philip A. Downey (admitted *pro hac vice*)
							The Downey Law Firm, LLC
							P.O. Box 1021
							Unionville, PA 19375
							Phone: 610-324-2848
							Fax: 610-813-4579
							downeyjustice@gmail.com

							Co Class Counsel