IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES and MAURICIO GUAJARDO, on behalf of themselves and all other similarly situated individuals;<br><br>Plaintiffs,<br><br>vs.<br><br>FARMLAND FOODS, INC.;<br><br>Defendant. | 8:08CV504<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered this date, judgment for attorney fees is entered in favor of the plaintiffs and against defendant Farmland in the amount of $2,008,142.00, plus costs in the amount of $275,416.00, together with interest at the legal rate from and after this date.

Dated this 18th day of April, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge