IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES and MAURICIO GUAJARDO, on behalf of themselves and all other similarly situated individuals; | 8:08CV504 |
| Plaintiffs, | ORDER |
| vs. | |
| FARMLAND FOODS, INC.; | |
| Defendant. | |

This matter is before the court on its own motion. It has come to the court's attention that there is a typographical error on page 24 of the Memorandum and Order dated April 18, 2013 (Filing No. 458). The third line of numbered paragraph 3 should state: "$94,215 for the services of Welsh and Welsh."

The order is deemed corrected as set forth herein.

Dated this 30th day of April, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge