IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES & MAURICIO R. GUARJARDO, *On behalf of themselves and all other similarly situated individuals,* <br><br> Plaintiffs, <br><br> v. <br><br> FARMLAND FOODS, INC., <br><br> Defendant. | CASE NO. 8:08-cv-504 |

# **DEFENDANT'S NOTICE OF APPEAL**

Pursuant to Federal Rule of Appellate Procedure 3, Defendant, Farmland Foods, Inc., by and through undersigned counsel, hereby gives notice that it appeals to the United States Court of Appeals for the Eighth Circuit from the following Order and Judgment of the Honorable Joseph F. Bataillon, United Stated District Judge of the District of Nebraska:

1.  Docket Order of April 19, 2013, (Filing No. 458, Memorandum and Order), granting attorney fees of $2,008,142.00 to plaintiffs, and costs and expenses in the amount of $275,416.00; and

2.  Judgment of April 19, 2013, (Filing No. 459, Judgment) entering judgment in favor of plaintiffs for amounts set forth in Memorandum and Order, Filing No. 458.

1

Respectfully submitted this 30th day of April, 2013.

    */s/ Kenneth M. Wentz III*
Kenneth M. Wentz III (NE # 23580)
Jackson Lewis LLP
10050 Regency Circle, Suite 400
Omaha, Nebraska 68114
Tel: (402) 391-1991
Fax: (402) 391-7363
wentzk@jacksonlewis.com

L. Dale Owens, Esq.
Admitted *Pro Hac Vice*
Georgia Bar No. 557482
JACKSON LEWIS LLP
1155 Peachtree Street, NE, Suite 1000
Atlanta, Georgia 30309-3600
Tel: (404) 525-8200
Fax: (404) 525-1173
owensd@jacksonlewis.com

Steven D. Davidson, Esq. (NE # 18684)
Allison D. Balus, Esq. (NE # 23270)
BAIRD HOLM, LLP
1500 Woodmen Tower
1700 Farnam Street
Omaha, Nebraska 68102-2068
Tel: (402) 636-8254
Fax: (402) 344-0588
sdavidson@bairdholm.com
abalus@bairdholm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES & MAURICIO R. GUARJARDO, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FARMLAND FOODS, INC. )<br>)<br>Defendant. )<br>)<br>) | CASE NO. 8:08-cv-504 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2013, I served the foregoing **DEFENDANT'S NOTICE OF APPEAL** via electronic filing. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Carolyn H. Cottrell
    Christopher P. Welsh
    James R. Welsh
    Philip A. Downey
    Shanon J. Carson
    Todd M. Schneider

I hereby certify also that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    None.

                                                    */s/ Kenneth M. Wentz III*
                                                    Kenneth M. Wentz III (NE # 23580)
                                                    Jackson Lewis LLP
                                                    10050 Regency Circle, Suite 400
                                                    Omaha, Nebraska 68114
                                                    Tel: (402) 391-1991
                                                    Fax: (402) 391-7363
                                                    wentzk@jacksonlewis.com

                                                    ATTORNEYS FOR DEFENDANT

FARMLAND FOODS, INC.

4842-8088-3731, v. 3