IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARIA GUZMAN MORALES & MAURICIO R. GUARJARDO, *On behalf of themselves and all other similarly situated individuals,*<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>FARMLAND FOODS, INC.,<br><br>　　　　Defendant. | CASE NO. 8:08-cv-504 |

## NOTICE OF SATISFACTION OF JUDGMENT

Pursuant to that certain Settlement Agreement and Release dated May 23, 2013, by and between the parties to this action, and confirming the receipt of the funds thereunder in the Trust Account of Berger & Montague, P.C., Plaintiffs and Defendant hereby give notice of the full and final satisfaction of the Judgment in this action dated April 18, 2013, Docket Entry No. 459.

SO STIPULATED this 30th day of May, 2013.

FOR PLAINTIFFS:

*/s/ Todd M. Schneider*
Todd M. Schneider, Esq.
Carolyn H. Cottrell
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105

FOR DEFENDANT:

*/s/ L. Dale Owens*
L. Dale Owens, Esq.
Admitted *Pro Hac Vice*
Georgia Bar No. 557482
JACKSON LEWIS LLP
1155 Peachtree Street, NE, Suite 1000
Atlanta, Georgia  30309-3600
Tel: (404) 525-8200
Fax: (404) 525-1173

ccottrell@schneiderwallace.com
tschneider@schneiderwallace.com

Shanon J. Carson
Russell D. Henkin
Jonathan D. Berger
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-4656
Fax: (215) 875-4604
jberger@bm.net
scarson@bm.net
rhenkin@bm.net

Philip A. Downey
The Downey Law Firm LLC
P.O. Box 736
Unionville, Pennsylvania 19375
Tel: (610) 324-2848
Fax: (610) 347-1073
downeyjustice@gmail.com

Christopher P. Welsh, #22279
James R. Welsh, #14459
WELSH & WELSH, P.C., L.L.O.
9290 West Dodge Road
100 The Mark
Omaha, NE 68114
Tel: 402 384 8160
Fax: (402) 384-8211
cwelsh@welsh-law.com
jwelsh@welsh-law.com

ATTORNEYS FOR PLAINTIFFS
MARIA GUZMAN MORALES &
MAURICIO R. GUARJARDO

owensd@jacksonlewis.com

Kenneth M. Wentz III (NE # 23580)
JACKSON LEWIS LLP
10050 Regency Circle, Suite 400
Omaha, Nebraska 68114
Tel: (402) 391-1991
Fax: (402) 391-7363
wentzk@jacksonlewis.com

Steven D. Davidson, Esq. (NE # 18684)
Allison D. Balus, Esq. (NE # 23270)
BAIRD HOLM, LLP
1500 Woodmen Tower
1700 Farnam Street
Omaha, Nebraska 68102-2068
Tel: (402) 636-8254
Fax: (402) 344-0588
sdavidson@bairdholm.com
abalus@bairdholm.com

ATTORNEYS FOR DEFENDANT
FARMLAND FOODS, INC.

4820-9305-6532, v. 1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2013 I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| Allison D. Balus | abalus@bairdholm.com |
| Jonathan D. Berger | jdberger@bm.net |
| Shanon J. Carson | scarson@bm.net |
| Carolyn H. Cottrell | ccottrell@schneiderwallace.com |
| Steven D. Davidson | sdavidson@bairdholm.com |
| Philip A. Downey | downeyjustice@gmail.com |
| Russell D. Henkin | rhenkin@bm.net |
| Chris Lauderdale | lauderdc@jacksonlewis.com |
| L. Dale Owens | owensd@jacksonlewis.com |
| Todd M. Schneider | tschneider@schneiderwallace.com |
| Christopher P. Welsh | cwelsh@welsh-law.com |
| James R. Welsh | jwelsh@welsh-law.com |

Date: May 30, 2013                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 /s/ *Carolyn Cottrell*
　　　　　　　　　　　　　　　　　　Carolyn H. Cottrell (*pro hac vice*)
　　　　　　　　　　　　　　　　　　Cal Bar #166977
　　　　　　　　　　　　　　　　　　SCHNEIDER WALLACE
　　　　　　　　　　　　　　　　　　COTTRELL KONECKY LLP
　　　　　　　　　　　　　　　　　　180 Montgomery Street, Suite 2000
　　　　　　　　　　　　　　　　　　San Francisco, California 94104
　　　　　　　　　　　　　　　　　　Tel: (415) 421-7100
　　　　　　　　　　　　　　　　　　Fax: (415) 421-7105

ccottrell@schneiderwallace.com

*Attorneys for Plaintiffs*