# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-2008

Maria Guzman Morales and Mauricio Guajardo, On behalf of themselves and all other similarly situated individuals

Appellees

v.

Farmland Foods, Inc.

Appellant

___

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:08-cv-00504-JFB)

___

**MANDATE**

In accordance with the judgment of 05/31/2013, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 31, 2013

Clerk, U.S. Court of Appeals, Eighth Circuit